ORIGINAL

FORM 2
COVER SHEET

ECF

RECEIVED
JUL 7 2004
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

Cover Sheet

04-1124C

Plaintiff(s) or Petitioner(s) DRC, Inc.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Karl Frederick Dix

Firm Name: Smith, Currie & Hancock, LLP

Post Office Box:

Street Address: 2600 Harris Tower
233 Peachtree St. N.E.

City-State-Zip: Atlanta, GA 30303-1530

Telephone & Facsimile Numbers: Phone: 404/521-3800 FAX: 404/688-0671

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If NO, please call (202) 219-9630 for admission papers and instructions.

Nature of Suit Code: 1 1 8

Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: ☐ ☐ 0

See attached sheet for three digit codes.

Amount Claimed: $1,793,258.00

Use estimate if specific amount is not pleaded.

Vaccination Date (vaccine cases only)

If this is case directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.