**DRC, Inc.**
**Construction and Disaster Services Worldwide**
740 Museum Drive • Mobile, Alabama 36608
1-251-343-3581 • FAX 1-251-343-5554
1-888-721-4372

Contracting Officer 21 January 2002
% Mr. Joaquin E. Ferraro, Esq 202-712-0900
Office of General Counsel
USAID
1300 Pennsylvania Ave.
Room 6.06-52
Washington, D.C. 20523

Re: Contract for Construction of Works of Potable Water and Sanitary Sewer Systems of Group 1-A Reconstruction Program for Republic of Honduras.

Dear Sir,

Forwarded herewith is our Termination for Convenience Proposal for the referenced contract.

As outlined in the Country Contracting Handbook, we look forward to resolving this matter with you in the next 30 days.

Please be advised that this is submitted as an interim proposal. It is submitted as "interim" for basically two reasons. The first reason is that our subcontractors are extremely anxious about their payment and we are extremely concerned that they will sue us before we receive payment from USAID in order to pay the subcontractors. If in fact we are sued we intend to tender the defense of the claim to USAID as anticipated under the Federal Acquisitions Regulation Part 49. Any amount awarded as a result of such legal action, including associated legal costs, would then be compensable to the subcontractor. DRC believes that prompt payment of the certified amounts agreed to by the subcontractor is the best way to

EXHIBIT
A

proceed. The second reason that this is an interim proposal is that we do not know the extent of the post termination expenses we will incur until this issue is resolved.

We believe that we have provided adequate supporting data for this proposal, however, should you require additional information please advise. You may contact me or the Consulting Firm, Callaway and Associates, who assisted DRC in the preparation of this proposal. Callaway and Associates may be reached at 1-800-833-4252.

Sincerely,

Robert J. Isakson
Managing Director