ALTHOUGH THIS DOCUMENT IS REFERENCED IN THE OCTOBER 23, 2001 TERMINATION AGREEMENT BETWEEN FHIS AND DRC; DRC DOES NOT CURRENTLY HAVE A COPY OF THIS DOCUMENT BUT INTENDS TO OBTAIN A COPY THROUGH DISCOVERY AND SUPPLEMENT THIS FILING WITH A COPY OF THIS DOCUMENT.

EXHIBIT
B