**Appendix 2**

| Listing of Questioned Costs for Subcontract – GAP Associates | | | | |
|---|---|---|---|---|
| ***Expense*** | ***Submitted By DRC*** | ***Ineligible Costs*** | ***Unsupported Costs*** | ***Reasons for Questioned Costs*** |
| Salary – D. Chincilla, January 2001 | 1,613 | | 1,613 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. In addition, for this particular expense, there was no employment contract and no timesheets to show time spent on the subcontract with DRC. Clause 28th, of the Contract permits the 40% of subcontracting. No time sheets are used by DRC, Inc. Labor Contract is not responsibility for DRC, Inc. |
| Salary – G. Umanzor, February 2001 | 1,290 | | 1,290 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. For this particular expense, there was no employment contract and no timesheets to show time spent on the subcontract with DRC. Clause 28th, of the Contract permits the 40% of subcontracting. No time sheets are used by DRC, Inc. Labor Contract is not responsibility for DRC, Inc. |
| Salary – D. Chincilla, February 2001 | 3,226 | | 3,226 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. For this particular expense, there was no employment contract and no timesheets to show time spent on the subcontract with DRC. Clause 28th, of the Contract permits the 40% of subcontracting. No time sheets are used by DRC, Inc. Labor Contract is not responsibility for DRC, Inc. |
| Salary – D. Chincilla, March 2001 | 3,226 | | 3,226 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. For this particular expense, there was no employment contract and no timesheets to show time spent on the subcontract with DRC. Clause 28th, of the Contract permits the 40% of subcontracting. No time sheets are used by DRC, Inc. Labor Contract is not responsibility for DRC, Inc. |
| Salary – G. Umanzor, March 2001 | 1,290 | | 1,290 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. For this particular expense, there was no employment contract and no timesheets to show time spent on the subcontract with DRC. Clause 28th, of the Contract permits the 40% of subcontracting. No time sheets are used by DRC, Inc. Labor Contract is not responsibility for DRC, Inc. |
| Salary – D. Chincilla, April 2001 | 3,226 | | 3,226 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. For this particular expense, there was no employment contract and no timesheets to show time spent on the subcontract with DRC. Clause 28th, of the Contract permits |

**Appendix 2**

| Expense | Submitted By DRC | Ineligible Costs | Unsupported Costs | Reasons for Questioned Costs |
|---|---|---|---|---|
| | | | | the 40% of subcontracting. No time sheets are used by DRC, Inc. Labor Contract is not responsibility for DRC, Inc. |
| Salary – G. Umanzor, April 2001 | 1,290 | | 1,290 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. For this particular expense, there was no employment contract and no timesheets to show time spent on the subcontract with DRC. Clause 28th, of the Contract permits the 40% of subcontracting. No time sheets are used by DRC, Inc. Labor Contract is not responsibility for DRC, Inc. |
| Hotel | 25 | | 25 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. Clause 28th, of the Contract permits the 40% of subcontracting. No time sheets are used by DRC, Inc. Labor Contract is not responsibility for DRC, Inc. |
| Hotel | 18 | | 18 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. Clause 28th, of the Contract permits the 40% of subcontracting. No time sheets are used by DRC, Inc. Labor Contract is not responsibility for DRC, Inc |
| Hotel for surveyors | 194 | | 194 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. Clause 28th, of the Contract permits the 40% of subcontracting. No time sheets are used by DRC, Inc. Labor Contract is not responsibility for DRC, Inc. |
| Apartment for R. Xatruch, February 2001 | 194 | | 194 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. Clause 28th, of the Contract permits the 40% of subcontracting. No time sheets are used by DRC, Inc Labor Contract is not responsibility for DRC, Inc |
| Apartment for R. Xatruch, March 2001 | 194 | | 194 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. Clause 28th, of the Contract permits the 40% of subcontracting. No time sheets are used by DRC, inc Labor Contract is not responsibility for DRC, Inc. |
| Apartment for R. Xatruch, April 2001 | 194 | | 194 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. Clause 28th, of the Contract permits the 40% of subcontracting No time sheets are used by DRC, Inc. Labor Contract is not responsibility for DRC, Inc. |
| Apartment for R. Xatruch, May 2001 | 194 | | 194 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. Clause 28th, of the Contract permits the 40% of subcontracting. No time sheets are used by DRC, Inc Labor Contract is not responsibility for DRC, Inc |
| Supervisory visit to Guanaja | 643 | 643 | | The subcontract between DRC and |

*Listing of Questioned Costs for Subcontract – GAP Associates*

**Appendix 2**

| Listing of Questioned Costs for Subcontract – GAP Associates | | | | |
|---|---|---|---|---|
| ***Expense*** | ***Submitted By DRC*** | ***Ineligible Costs*** | ***Unsupported Costs*** | ***Reasons for Questioned Costs*** |
| | | | | GAP Associates was not approved by FHIS and USAID. Also, this visit was undertaken after the contract between FHIS and DRC was suspended. Also, "various supervision costs" of $65 had no supporting documentation. Clause 28th, of the Contract permits the 40% of subcontracting. No time sheets are used by DRC, Inc. Labor Contract is not responsibility for DRC, Inc |
| Surveying | 3632 | 806 | 2,826 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. Also, there was no written contract between GAP Associates and the surveyors. Also, $806 was for work performed after the contract between FHIS and DRC was suspended. Clause 28th, of the Contract permits the 40% of subcontracting. No time sheets are used by DRC, Inc Labor Contract is not responsibility for DRC, Inc |
| Digitalization of blueprints | 677 | | 677 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. Clause 28th, of the Contract permits the 40% of subcontracting. |
| Digitalization of blueprints | 1,548 | | 1,548 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. Also, there was no employment contract with the person who performed this work. Clause 28th, of the Contract permits the 40% of subcontracting. |
| Transportation | 779 | | 779 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. Clause 28th, of the Contract permits the 40% of subcontracting. |
| Electricity | 13 | | 13 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. Clause 28th, of the Contract permits the 40% of subcontracting. |
| Telephone | 6 | | 6 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. Clause 28th, of the Contract permits the 40% of subcontracting. |
| Telephone | 19 | | 19 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. Also, there was no documentation of the purpose of the calls made, some of which were made after the contract between FHIS and DRC was suspended. Clause 28th, of the Contract permits the 40% of subcontracting. |
| Food for resident engineer | 406 | | 406 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. Also, there was no supporting documentation for these expenses. Clause 28th, of the Contract permits |

**Appendix 2**

*Listing of Questioned Costs for Subcontract – GAP Associates*

| *Expense* | *Submitted By DRC* | *Ineligible Costs* | *Unsupported Costs* | *Reasons for Questioned Costs* |
|---|---|---|---|---|
| | | | | the 40% of subcontracting. |
| Food for resident engineer | 9 | | 9 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. Also, there was no supporting documentation for these expenses. Clause 28th, of the Contract permits the 40% of subcontracting. |
| Food for surveyors | 195 | | 195 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. Clause 28th, of the Contract permits the 40% of subcontracting. |
| Gasoline | 37 | 4 | 33 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. Also, $4 in gasoline was purchased after the contract between FHIS and DRC was suspended. Clause 28th, of the Contract permits the 40% of subcontracting. The projects was suspended temporary not cancelled at that time. |
| Office supplies | 42 | 38 | 4 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. Also, $38 of these expenses were incurred after the contract between FHIS and DRC was suspended. Clause 28th, of the Contract permits the 40% of subcontracting. The projects was suspended temporary not cancelled at that time. |
| Telephone installation | 100 | 20 | 80 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. Also, these costs include $7 in tax and $13 for a refundable deposit. Clause 28th, of the Contract permits the 40% of subcontracting. The projects was suspended temporary not cancelled at that time |
| Administration | 3,642 | | 3,642 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. Also, there is no support for these costs. Clause 28th, of the Contract permits the 40% of subcontracting. The projects was suspended temporary not cancelled at that time. |
| Profit | 4,188 | | 4,188 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. Also, there is no support for this cost item. Clause 28th, of the Contract permits the 40% of subcontracting. The project was suspended temporary not cancelled at that time. |
| *Totals* | *$32,110* | *$1,511* | *$30,599* | |

Appendix 2

Appendix 6

**DRC HONDURAS OVERHEAD**
**JANUARY 2001 TO OCTOBER 2001**
***Date Prepared : November 18, 2002***

| PAYROLL | AMOUNT IN LEMPIRAS | TOTAL IN US DOLLARS | REMARKS |
|---|---|---|---|
| Offices | 1,647,313.57 | | Tegucigalpa/San Pedro sula Office Payroll |
| Other Employees Expenses | 479,624.90 | | Trans./Per Diems/Food/isc. |
| Expat Payroll | 9,223,456.20 | 756,692.98 | Payroll - see list |
| | | | |
| **TRANS. AND TRAVEL** | | | |
| Offices | 1,095,964.77 | | Office Expenses/Hotel/Airtickets/Misc. |
| Foreing Travel | 2,834,062.26 | | Air Ticket for Expats/Reim. Of Expenses |
| Travel Expenses - Zone Mgrs. | 122,688.12 | | Expenses of Zone Mgrs. |
| Entertaiment | 157,186.92 | 280,660.14 | Expenses of F. Pelaez/A. Arcaya |
| | | | |
| **COMMUNICATIONS** | | | |
| Offices | 855,317.81 | | Telephone/Internet/Misc. |
| Rented Houses | 107,703.19 | | Telephone Expenses |
| Celullar Phones | 364,328.40 | 88,489.96 | Cellular Phones |
| | | | |
| **RENT AND UTILITIES** | | | |
| Rented Offices/Houses | 1,812,513.20 | 120,834.21 | Rentals/Utilities/Misc. |
| | | | |
| **FREIGHT** | 89,826.42 | 5,988.43 | Freight/Courier/Misc. |
| | | | |
| | | | |
| **FUEL AND OIL** | | | |
| Offices | 231,572.64 | | Fuel/Oil/Misc. |
| Field Supervision | 168,190.24 | 26,650.86 | Fuel/Oil/Misc. Expenses of Zone Managers |
| | | | |
| **REPAIRS AND MAINTENANCE** | | | |
| Offices/Rented Houses | 35,299.49 | | Office Repairs/Misc. |
| Transportation Eqpts. | 355,449.25 | | Vehicle Repairs |
| Furnitures and Fixtures | 1,993.19 | | Furniture Repairs |
| Computer Eqpts. | 58,555.59 | | Computer Repairs |
| Offices Eqpts. | 90,191.44 | 36,099.26 | Office Eqpt. Repair |
| | | | |
| **DEPRECIATION** | 716,736.00 | 47,782.40 | Depreciation |
| | | | |
| **PROFESSIONAL FEES** | | | |
| Engineering/Purchasing | 2,131,077.00 | | Prof. Fees for Engineering and Purchasing |
| Doctor | 119,129.00 | | Prof. Fees for Doctor |
| F2 Engineers | 749,493.34 | | Prof. Fee-Payment to F2 Engineers after |
| | | | termination of contract up to October 2002 |
| Consultants | 528,450.00 | | Consultants |
| Legal | 644,070.60 | 278,148.00 | Legal Fees |
| | | | |

**Appendix 2**

| | | | |
|---|---|---|---|
| INSURANCE - GEN.LIAB. | 183,151.35 | 12,210.09 | |
| | | | |
| INSURANCE - AUTO | | | |
| | | | |
| LICENSES AND FEES | 8,564.00 | 570.93 | |
| | | | |
| GAIN (LOSS) FOREX | | | |
| | | | |
| MISCELLANEOUS EXPENSES | 153,198.05 | 10,213.20 | Misc. Reimbursement of Expenses |
| | | | |
| MEETINGS/CONFERENCES | 15,921.70 | 1,061.45 | Mis. Expenses and Reimbursements |
| | | | |
| OFFICE SUPPLIES-PRINTING | 16,570.82 | 1,104.72 | Printing of Cheques and Misc. Printing Supplies |
| | | | |
| OFFICE SUPPLIES - OTHERS | 453,730.43 | 30,248.70 | Office Expenses on Office Supplies |
| | | | |
| MISC. EXPENSES - OTHERS | | | |
| | | | |
| FINANCIAL CHARGES | | | |
| | | | |
| BANK CHARGES | | | |
| | | | |
| TOTAL | 25,451,329.89 | 1,696,755.33 | |
| Allocation factor | | 0.322 | |
| Honduras OH indirect costs allocated to contract 1A termination claim | | $546,355.21 | |

**Appendix 3**

***Listing of Questioned Costs for Direct Materials and Labor***

| *Expense* | *Ineligible Costs* | *Unsupported Costs* | *Reasons for Questioned Costs* |
|---|---|---|---|
| House lease | | $833 | No copy of the lease was available. |
| House lease | | 400 | The lease and canceled check were not available. |
| Deposit on house lease | $167 | | This was a refundable deposit rather than an expense. |
| Cable television installation and deposit for an employee's apartment | 27 | | These are personal entertainment expenses. |
| Cable television installation | 11 | | These are personal entertainment expenses. |
| Cable television service | 13 | | These are personal entertainment expenses. |
| Cable television service | 13 | | These are personal entertainment expenses. |
| Telephone installation | 267 | | This expense was incurred after DRC's contract was suspended. In addition, the expense was paid directly to DRC's accountant in Honduras and no receipt is available. |
| Design Mix Concrete and Soil Gradation Samples | 209 | | This expense was incurred after DRC's contract was suspended. |
| Translation services | 368 | | This expense was incurred after DRC's contract was suspended. |
| Translation services | 355 | | This expense was incurred after DRC's contract was suspended. |
| Translation services | 277 | | This expense was incurred after DRC's contract was suspended. |
| Translation services | 100 | | This expense was incurred after DRC's contract was suspended. |
| Translation services | 74 | | This expense was incurred after DRC's contract was suspended. |
| Translation services | 453 | | This expense was incurred after DRC's contract was suspended. |
| Translation services | 300 | | This expense was incurred after DRC's contract was suspended. |
| Blueprints and photocopies | 136 | | This expense was incurred after DRC's contract was suspended. |
| Translation services | 802 | | This expense was incurred after DRC's contract was suspended. |
| Performance bond | 50,512 | | DRC has not paid this expense. The company that issued the performance bond is reportedly in bankruptcy and DRC is not sure how much if anything will be paid for the performance bond. |
| Performance bond | 6,082 | | DRC has not paid this expense. The company that issued the performance bond is reportedly in bankruptcy DRC is not sure how much if anything will be paid for the performance bond. |
| Meals and telephone | | 43 | Supporting documents were not sufficient to show what was being purchased. |
| Transportation expenses | 59 | | This expense was incurred after DRC's |

Appendix 3

| *Listing of Questioned Costs for Direct Materials and Labor* | | | |
|---|---|---|---|
| ***Expense*** | ***Ineligible Costs*** | ***Unsupported Costs*** | ***Reasons for Questioned Costs*** |
| | | | contract was suspended. |
| Car wash | 5 | | This expense was incurred after DRC's contract was suspended. |
| Airport tax and parking fees | 5 | | This expense was incurred after DRC's contract was suspended. |
| Car rental | 50 | | This expense was incurred after DRC's contract was suspended. |
| Airport tax for supervisory visit | 3 | | This expense was incurred after DRC's contract was suspended. |
| Airport tax | 25 | | This expense was incurred after DRC's contract was suspended. |
| Airport tax and parking fees | 47 | | This expense was incurred after DRC's contract was suspended. In addition, no receipt was available. |
| Airport tax and parking fees | | 1 | Check and receipt are missing. |
| Workman's compensation insurance premiums | (63) | | These costs are allocable as direct charges to contract 1A but were mistakenly included in the Honduras overhead pool. |
| *Totals* | *$60,297* | *$1,277* | |

**Appendix 4**

| Listing of Questioned Costs Included in Honduras Overhead Indirect Cost Pool[4] | | | |
|---|---|---|---|
| **Expense** | **Ineligible Costs** | **Unsupported Costs** | **Reasons for Questioned Costs** |
| Payroll | $521,354 | | Ineligible costs included costs incurred after the suspension of DRC's contract that were not necessary to maintain a standby capability to reinitiate work if necessary ($500,133), payments to employees working on another contract ($5,356), a payment that was already included in the termination claim in the direct materials and labor category ($15,146), accruals in excess of actual expenses ($638), entertainment ($58), and fines ($22). |
| Transportation & travel | 297,537 | | Ineligible costs include costs incurred after the suspension of DRC's contract that were not necessary to maintain a standby capability to reinitiate work if necessary ($272,058), expenses allocable to other contracts as direct costs ($24,787), entertainment ($43), and costs incurred before contract 1A was signed ($649). |
| Communications | 99,905 | | Ineligible costs include costs incurred after the suspension of DRC's contract that were not necessary to maintain a standby capability to reinitiate work if necessary ($87,062) and expenses allocable to another contract ($12,843). |
| Rent & utilities | 267,396 | 2,018 | Ineligible costs include costs that were directly allocable to another contract ($206,652), costs incurred after the suspension of DRC's contract that were not necessary to maintain a standby capability to reinitiate work if necessary ($57,315), accrued expenditures that were mistakenly included in the claim ($2,333), entertainment expenses ($761), and the cost of maid service for employees' homes ($333). Unsupported costs were missing supporting documentation such as receipts and rental contracts. |
| Freight | 2,625 | | Ineligible costs include the cost of shipping cigars to the United States ($480) and freight allocable to another contract ($2,145). |
| Fuel & oil | 36,286 | | Ineligible costs include costs incurred after the suspension of DRC's contract that were not necessary to maintain a standby |

[4] Because several thousand individual expenses were included in the Honduras overhead indirect cost pool, this appendix summarizes the questioned costs rather than listing each individual questioned cost. We have provided working papers listing each individual questioned cost to DRC and USAID/Honduras.

**Appendix 4**

| ***Listing of Questioned Costs Included in Honduras Overhead Indirect Cost Pool*** | | | |
|---|---|---|---|
| ***Expense*** | ***Ineligible Costs*** | ***Unsupported Costs*** | ***Reasons for Questioned Costs*** |
| | | | capability to reinitiate work if necessary ($19,916), expenses allocable to another contract as direct expenses ($16,337), one expense incurred prior to the signing of contract 1A ($31), and a small difference between DRC's general ledger and the amount claimed ($1). |
| Repairs & maintenance | 26,942 | | Ineligible costs include costs incurred after the suspension of DRC's contract that were not necessary to maintain a standby capability to reinitiate work if necessary ($22,675) and expenses allocable to another contract as direct expenses ($4,268). |
| Depreciation | 209,223 | | Ineligible costs represent the difference between depreciation included in the termination claim, which was based on one-year useful lives and no assumed residual value and the depreciation we calculated using five-year useful lives with residual values of 25 percent of the original cost for vehicles, five-year useful lives with no residual values for computers, and seven-year useful lives with no residual values for furniture and fixtures. |
| Professional fees | 597,520 | 19,640 | Ineligible costs include legal fees associated with a proceeding that was followed by termination of contract 1A by mutual agreement ($361,159), costs that were allocable to another contract as direct expenses ($132,198), expenses incurred after suspension of contract 1A that were not necessary to maintain a standby capability to reinitiate work if necessary ($103,496), and an advance presented as an expense ($667). Unsupported costs represent professional fees where contracts and progress reports were not available to show what services were rendered. |
| Insurance-general liability | 13,347 | | Ineligible costs primarily represent costs that were incurred after suspension of contract 1A that were not necessary to maintain a standby capability to reinitiate work if necessary. |
| Licenses & fees | 17,823 | | Ineligible costs include costs directly allocable to another contract (($10,873), costs incurred after suspension of contract 1A that were not necessary to maintain a standby capability to reinitiate work if necessary ($6,800), and a cost incurred |

**Appendix 4**

| *Listing of Questioned Costs Included in Honduras Overhead Indirect Cost Pool*[4] | | | |
|---|---|---|---|
| ***Expense*** | ***Ineligible Costs*** | ***Unsupported Costs*** | ***Reasons for Questioned Costs*** |
| | | | prior to the signing of contract 1A ($150). |
| Misc. expenses | 16,962 | | Ineligible expenses include expenses allocable as direct expenses to contract 1 ($5,246), advertising expenses that were not necessary to implement DRC's contracts in Honduras ($5,209), donations and gifts ($4,597), entertainment ($1,908), and an advance presented as an expense ($1). |
| Meetings-conferences | 5,073 | | Ineligible costs include expenses incurred after suspension of contract 1A that were not necessary to maintain a standby capability to reinitiate work if necessary ($4,073) and entertainment ($1,000). |
| Office supplies-printing | 1,136 | | Ineligible costs represent expenses incurred after suspension of contract 1A that were not necessary to maintain a standby capability to reinitiate work if necessary |
| Office supplies-others | 20,109 | | Ineligible costs were incurred after the suspension of DRC's contract which were not needed to maintain a "standby" capability to reinitiate work on the contract if necessary. |
| Bank charges | 185 | | These costs are directly allocable to another contract. |
| *Totals* | *$2,133,423* | *$21,658* | |

**Appendix 5**

| Listing of Questioned Costs for Bidding Expenses | | | | |
|---|---|---|---|---|
| **Expense** | **Submitted By DRC** | **Ineligible Costs** | **Unsupported Costs** | **Reasons for Questioned Costs** |
| Salary for J. L. Martinez, September 2000 | $116 | | $116 | No timecard or other support for the amount of time spent on bid preparation tasks was available. The allocation of time to bid preparation tasks was an estimate made one year after the bid was submitted. |
| Salary for Y. W. Hernandez R., September 2000 | 7 | | 7 | No timecard or other support for the amount of time spent on bid preparation tasks was available. The allocation of time to bid preparation tasks was an estimate made one year after the bid was submitted. |
| Salary for R. Vasquez, September 2000 | 33 | | 33 | No timecard or other support for the amount of time spent on bid preparation tasks was available. The allocation of time to bid preparation tasks was an estimate made one year after the bid was submitted. In addition, the employee had no purchasing experience but was hired as the purchasing manager. |
| Salary for D. Izaguirre, September 2000 | 10 | | 10 | No timecard or other support for the amount of time spent on bid preparation tasks was available. The allocation of time to bid preparation tasks was an estimate made one year after the bid was submitted. |
| Salary for J. Gomez, September 2000 | 11 | | 11 | No timecard or other support for the amount of time spent on bid preparation tasks was available. The allocation of time to bid preparation tasks was an estimate made one year after the bid was submitted. |
| Benefits for September 2000 | 44 | | 44 | No timecard or other support for the amount of time spent on bid preparation tasks was available. The allocation of time to bid preparation tasks was an estimate made one year after the bid was submitted. |
| Engineering group (O. Callejas), September 2000 | 2,238 | | 2,238 | No timecard or other support for the amount of time spent on bid preparation tasks was available. The allocation of time to bid |

**Appendix 5**

| Listing of Questioned Costs for Bidding Expenses | | | | |
|---|---|---|---|---|
| ***Expense*** | ***Submitted By DRC*** | ***Ineligible Costs*** | ***Unsupported Costs*** | ***Reasons for Questioned Costs*** |
| | | | | preparation tasks was an estimate made one year after the bid was submitted. In addition, the allocation was based on 25 percent of a monthly salary of $8,952 rather than 25 percent of the monthly salary of $7,957 actually paid, for a difference of $249. |
| Salary for J. L. Martinez, October 2000 | 464 | | 464 | No contract with the employee and no timecard or other support for the amount of time spent on bid preparation tasks was available. The allocation of time to bid preparation tasks was an estimate made one year after the bid was submitted. |
| Salary for Y. W. Hernandez R., October 2000 | 33 | | 33 | No timecard or other support for the amount of time spent on bid preparation tasks was available. The allocation of time to bid preparation tasks was an estimate made one year after the bid was submitted. In addition, the charge of $33 for October is $7 more than the amount DRC estimated was allocable to bid preparation tasks. |
| Salary for R. Vasquez, October 2000 | 133 | | 133 | No timecard or other support for the amount of time spent on bid preparation tasks was available. The allocation of time to bid preparation tasks was an estimate made one year after the bid was submitted. In addition, the employee had no purchasing experience but was hired as the purchasing manager. Finally, the charge of $133 for October was based on an incorrect salary amount. Computing the charge on the correct salary results in a charge of $119, for a difference of $14. |
| Salary for D. Izaguirre, October 2000 | 38 | | 38 | No timecard or other support for the amount of time spent on bid preparation tasks was available. The allocation of time to bid preparation tasks was an estimate made one year after the bid was submitted. In addition, the charge of $38 for October was based on an incorrect salary amount. Computing |

Appendix 5

**Listing of Questioned Costs for Bidding Expenses**

| Expense | Submitted By DRC | Ineligible Costs | Unsupported Costs | Reasons for Questioned Costs |
|---|---|---|---|---|
| | | | | the charge on the actual salary paid results in a charge of $27, for a difference of $11. |
| Salary for J. Gomez, October 2000 | 46 | | 46 | No timecard or other support for the amount of time spent on bid preparation tasks was available. The allocation of time to bid preparation tasks was an estimate made one year after the bid was submitted. In addition, the charge of $46 for October was based on an incorrect salary amount. Computing the charge on the actual salary paid results in a charge of $30, for a difference of $16. |
| Benefits for October 2000 | 179 | | 179 | No timecard or other support for the amount of time spent on bid preparation tasks was available. The allocation of time to bid preparation tasks was an estimate made one year after the bid was submitted. In addition, computing benefits based on the correct salary amounts discussed above would result in a charge of $167, for a difference of $12. |
| Engineering group (O. Callejas), October 2000 | 8,952 | | 8,952 | No timecard or other support for the amount of time spent on bid preparation tasks was available. The allocation of time to bid preparation tasks was an estimate made one year after the bid was submitted. In addition, the charge of $8,952 for October was based on an incorrect salary amount. The actual salary paid was $7,957, for a difference of $994. |
| Salary for J. L. Martinez, November 2000 | 464 | | 464 | No contract with the employee and no timecard or other support for the amount of time spent on bid preparation tasks was available. The allocation of time to bid preparation tasks was an estimate made one year after the bid was submitted. |
| Salary for Y. W. Hernandez R., November 2000 | 33 | | 33 | No timecard or other support for the amount of time spent on bid preparation tasks was available. The allocation of time to bid preparation tasks was an estimate |

**Appendix 5**

| ***Listing of Questioned Costs for Bidding Expenses*** | | | | |
|---|---|---|---|---|
| ***Expense*** | ***Submitted By DRC*** | ***Ineligible Costs*** | ***Unsupported Costs*** | ***Reasons for Questioned Costs*** |
| | | | | made one year after the bid was submitted. In addition, the charge of $33 for November is $7 more than the amount DRC estimated was allocable to bid preparation tasks. |
| Salary for R. Vasquez, November 2000 | 133 | | 133 | No timecard or other support for the amount of time spent on bid preparation tasks was available. The allocation of time to bid preparation tasks was an estimate made one year after the bid was submitted. In addition, the employee had no purchasing experience but was hired as the purchasing manager. Finally, the charge of $133 for November was based on an incorrect salary amount. Computing the charge on the correct salary specified in the employee's contract results in a charge of $119, for a difference of $14. |
| Salary for D. Izaguirre, November 2000 | 38 | | 38 | No timecard or other support for the amount of time spent on bid preparation tasks was available. The allocation of time to bid preparation tasks was an estimate made one year after the bid was submitted. In addition, the charge of $38 for November was based on an incorrect salary amount. Computing the charge on the actual salary paid results in a charge of $27, for a difference of $11. |
| Salary for J. Gomez, November 2000 | 46 | | 46 | No timecard or other support for the amount of time spent on bid preparation tasks was available. The allocation of time to bid preparation tasks was an estimate made one year after the bid was submitted. In addition, the charge of $46 for November was based on an incorrect salary amount. Computing the charge on the actual salary paid results in a charge of $30, for a difference of $16. |
| Benefits for November 2000 | 179 | | 179 | No timecard or other support for the amount of time spent on bid preparation tasks was available. |

**Appendix 5**

| *Listing of Questioned Costs for Bidding Expenses* | | | | |
|---|---|---|---|---|
| ***Expense*** | ***Submitted By DRC*** | ***Ineligible Costs*** | ***Unsupported Costs*** | ***Reasons for Questioned Costs*** |
| | | | | The allocation of time to bid preparation tasks was an estimate made one year after the bid was submitted. In addition, computing benefits based on the correct salary amounts discussed above would result in a charge of $167, for a difference of $12. |
| Engineering group (O. Callejas), November 2000 | 8,952 | | 8,952 | No timecard or other support for the amount of time spent on bid preparation tasks was available. The allocation of time to bid preparation tasks was an estimate made one year after the bid was submitted. In addition, the charge of $8,952 for November was based on an incorrect salary amount. The actual salary paid was $7,957, for a difference of $994. |
| Salary for J. L. Martinez, December 2000 | 279 | | 279 | No contract with the employee and no timecard or other support for the amount of time spent on bid preparation tasks was available. The allocation of time to bid preparation tasks was an estimate made one year after the bid was submitted. |
| Salary for Y. W. Hernandez R., December 2000 | 21 | | 21 | No timecard or other support for the amount of time spent on bid preparation tasks was available. The allocation of time to bid preparation tasks was an estimate made one year after the bid was submitted. In addition, the allocation estimate assumed that 80 percent of the days in December were spent on bid preparation (in fact, the bid was submitted on December 20, and 20 days divided by 31 days yields 65 percent). Substituting 65 percent for 80 percent yields an estimate of $17, or $5 less than the amount shown. |
| Salary for R. Vasquez, December 2000 | 106 | | 106 | No timecard or other support for the amount of time spent on bid preparation tasks was available. The allocation of time to bid preparation tasks was an estimate made one year after the bid was submitted. In addition, the employee |

**Appendix 5**

| *Listing of Questioned Costs for Bidding Expenses* | | | | |
|---|---|---|---|---|
| ***Expense*** | ***Submitted By DRC*** | ***Ineligible Costs*** | ***Unsupported Costs*** | ***Reasons for Questioned Costs*** |
| | | | | had no purchasing experience but was hired as the purchasing manager. In addition, the allocation estimate assumed that 80 percent of the days in December were spent on bid preparation (in fact, the bid was submitted on December 20, and 20 days divided by 31 days yields 65 percent). Finally, an incorrect salary amount was used. Using the correct salary amount and substituting 65 percent for 80 percent yields an estimate of $77, or $29 less than the amount shown. |
| Salary for D. Izaguirre, December 2000 | 31 | | 31 | No timecard or other support for the amount of time spent on bid preparation tasks was available. The allocation of time to bid preparation tasks was an estimate made one year after the bid was submitted. In addition, the allocation estimate assumed that 80 percent of the days in December were spent on bid preparation (in fact, the bid was submitted on December 20, and 20 days divided by 31 days yields 65 percent). Finally, an incorrect salary amount was used. Using the correct salary amount and substituting 65 percent for 80 percent yields an estimate of $17, or $14 less than the amount shown. |
| Salary for J. Gomez, December 2000 | 279 | | 279 | No timecard or other support for the amount of time spent on bid preparation tasks was available. The allocation of time to bid preparation tasks was an estimate made one year after the bid was submitted. In addition, the allocation estimate used an incorrect salary amount and assumed that 80 percent of the days in December were spent on bid preparation (in fact, the bid was submitted on December 20, and 20 days divided by 31 days yields 65 percent). Correcting these errors yields an estimate of $19, or $260 less than the amount shown. |
| Benefits for December 2000 | 179 | | 179 | No timecard or other support for the amount of time spent on bid |

**Appendix 5**

***Listing of Questioned Costs for Bidding Expenses***

| *Expense* | *Submitted By DRC* | *Ineligible Costs* | *Unsupported Costs* | *Reasons for Questioned Costs* |
|---|---|---|---|---|
| | | | | preparation tasks was available. The allocation of time to bid preparation tasks was an estimate made one year after the bid was submitted. In addition, computing benefits based on the correct salary amounts discussed above would result in a charge of $102, or $77 less than the amount shown. |
| Engineering group (O. Callejas), December 2000 | 7,161 | | 7,161 | No timecard or other support for the amount of time spent on bid preparation tasks was available. The allocation of time to bid preparation tasks was an estimate made one year after the bid was submitted. In addition, the allocation estimate used an incorrect salary amount and assumed that 80 percent of the days in December were spent on bid preparation (in fact, the bid was submitted on December 20, and 20 days divided by 31 days yields 65 percent). Correcting these errors yields an estimate of $5,172, or $1,989 less than the amount shown. |
| Preparation of bid documents by M. Pineda | 398 | | 398 | No evidence of amount paid to M. Pineda was available. |
| ARTEC photocopies | 1,786 | $1,786 | | Duplicate charge: also charged under direct materials line item. |
| Bid signing trip by S. Vogle and J. Sloke | 1,794 | 1,794 | | Charges represent a "bid signing trip" but travel was performed in late January 2001, after the bid was submitted and the contract was signed. |
| Math error in DRC submission | (1,794) | (1,794) | | |
| *Totals* | *$32,389* | *$1,786* | *$30,603* | |

**Appendix 6**

| ***Listing of Questioned Costs for Subcontract – SERPIC*** | | | | |
|---|---|---|---|---|
| ***Expense*** | ***Submitted By DRC*** | ***Ineligible Costs*** | ***Unsupported Costs*** | ***Reasons for Questioned Costs*** |
| Various costs | $135 | | $135 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. In addition, with the exception of $19 included in this line item, the available supporting documentation was not sufficient to show how the expenses benefited the subcontract. |
| Various costs | 122 | | 122 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. In addition, this line item included taxes of $9 and $24 of gasoline and food expenses without documentation to show how they benefited the subcontract. |
| Various costs | 335 | | 335 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. In addition, this line item included $227 in car, food, and gasoline expenses that lacked documentation showing how they benefited the subcontract. |
| Various costs | 39 | | 39 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. In addition, this line item included $25 in gasoline expenses that lacked documentation showing how they benefited the subcontract. |
| Various costs | 47 | | 47 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. |
| Payroll and food | 2,323 | | 2,323 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. Also, for $671 in food expenses, there was no evidence that the food was received. |
| Payroll and car rental | 3,919 | | 3,919 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. In addition, this line item included $597 for cars rented from SERPIC employees with no |

**Appendix 6**

| *Listing of Questioned Costs for Subcontract – SERPIC* | | | | |
|---|---|---|---|---|
| ***Expense*** | ***Submitted By DRC*** | ***Ineligible Costs*** | ***Unsupported Costs*** | ***Reasons for Questioned Costs*** |
| | | | | evidence of the type of car rented, the reasonableness of the rate, or why the rental was necessary. |
| Various costs | 116 | | 116 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. Also includes $83 for gasoline with no indication of what vehicle was fueled or the purpose of the trip. |
| Various costs | 183 | | 183 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. Also, includes $119 in gasoline with no indication of what vehicle was fueled. |
| Various costs | 250 | | 250 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. Includes $201 for gasoline, hotel, and food expense that lacked documentation that the expenses benefited the subcontract. |
| Purchase of wood | 487 | | 487 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. |
| Warehouse rental | 974 | 515 | 459 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. Also, this line item includes $460 for a refundable deposit and $55 in sales taxes. |
| Various costs | 214 | | 214 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. In addition, no documentation was available to support expenses of $28. |
| Various costs | 25 | | 25 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. |
| Various costs | 150 | | 150 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. Also, this line item includes $76 for gasoline with no indication what vehicle was fueled. |
| Various costs | 165 | | 165 | The subcontract between DRC |

**Appendix 6**

| Expense | Submitted By DRC | Ineligible Costs | Unsupported Costs | Reasons for Questioned Costs |
|---|---|---|---|---|
| | | | | and SERPIC was not approved by FHIS and USAID. Also, this line item includes $90 for gasoline with no indication what vehicle was fueled. |
| Food | 2,013 | | 2,013 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. Also, this line item includes $582 for meals for laborers with no evidence from the laborers that they received the meals. |
| Surveying and car rental | 3,919 | | 3,919 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. Also, this line item includes $597 for cars rented from SERPIC employees with no indication of the type of car rented, the reasonableness of the rate, or why the rental was necessary. |
| Cellular telephone charges | 97 | | 97 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. |
| Various costs | 3 | 3 | | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. No documentation of these costs. Costs were incurred after the DRC contract was suspended. |
| Surveying equipment rental | 1,393 | | 1,393 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. |
| Drill purchase | 895 | | 895 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. |
| Various costs | 1 | | 1 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. |
| Various costs | 100 | | 100 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. |
| Payroll and car rental | 3,919 | 597 | 3,322 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. Also, this line item includes $597 for cars rented from SERPIC employees with no indication of the type of car rented, the reasonableness |

**Appendix 6**

***Listing of Questioned Costs for Subcontract – SERPIC***

| *Expense* | *Submitted By DRC* | *Ineligible Costs* | *Unsupported Costs* | *Reasons for Questioned Costs* |
|---|---|---|---|---|
| | | | | of the rate, or why the rental was necessary. Finally, the car rental was for March 1 – March 15, 2001, when DRC's contract was suspended. |
| Transportation of materials and house rental | 199 | 199 | | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. Also, costs were incurred after DRC's contract was suspended. |
| Various costs | 1,102 | 68 | 1,033 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. Also, includes $68 for purchase of materials on March 2 and March 28, after DRC's contract was suspended. |
| Payroll and car rental | 2,951 | 597 | 2,354 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. Also, this line item includes $597 for cars rented from SERPIC employees with no indication of the type of car rented, the reasonableness of the rate, or why the rental was necessary. Finally, the cars rentals were rented after DRC's contract was suspended. |
| Various costs | 9 | 9 | | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. Also, these costs were incurred after DRC's contract was suspended. |
| Rental | 515 | 55 | 460 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. Also includes $55 in taxes |
| Payroll and car rental | 2,951 | 597 | 2,354 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. Also, this line item includes $597 for cars rented from SERPIC employees with no indication of the type of car rented, the reasonableness of the rate, or why the rental was necessary. Finally, the cars rentals were rented after DRC's contract was suspended. |
| Tests | 153 | 153 | | The subcontract between DRC and SERPIC was not approved |

**Appendix 6**

***Listing of Questioned Costs for Subcontract – SERPIC***

| *Expense* | *Submitted By DRC* | *Ineligible Costs* | *Unsupported Costs* | *Reasons for Questioned Costs* |
|---|---|---|---|---|
| | | | | by FHIS and USAID. Also, the costs were incurred after DRC's contract was suspended. |
| Payroll and car rental | 2,951 | 597 | 2,354 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. Also, this line item includes $597 for cars rented from SERPIC employees with no indication of the type of car rented, the reasonableness of the rate, or why the rental was necessary. Finally, the cars rentals were rented after DRC's contract was suspended. |
| Equipment rental and purchase of materials | 1,611 | 172 | 1,439 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. Also, $172 in costs were incurred after DRC's contract was suspended. |
| Rental | 515 | 55 | 460 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. Also includes $55 in taxes |
| Benefits | 6,195 | | 6,195 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. |
| Payroll and car rental | 1,771 | 358 | 1,413 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. Also, this line item includes $358 for cars rented from SERPIC employees with no indication of the type of car rented, the reasonableness of the rate, or why the rental was necessary. Finally, the cars rentals were rented after DRC's contract was suspended. |
| Various costs | 305 | 152 | 153 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. Costs were incurred after suspension of DRC's contract; however, $153 of these costs were related to closing down operations under the subcontract. |
| Profit and administrative costs | 17,005 | | 17,005 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. Also, |

**Appendix 6**

***Listing of Questioned Costs for Subcontract – SERPIC***

| *Expense* | *Submitted By DRC* | *Ineligible Costs* | *Unsupported Costs* | *Reasons for Questioned Costs* |
|---|---|---|---|---|
| | | | | there is no documentation to support these cost elements. |
| Travel costs | 133 | | 133 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. |
| Various costs | 105 | | 105 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. Includes $40 for hotel with no receipt. |
| Helper | 14 | | 14 | No receipt from helper. |
| Various costs | 1,061 | | 1,061 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. |
| Payroll and car rental | 3,736 | 597 | 3,139 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. Also, this line item includes $597 for cars rented from SERPIC employees with no indication of the type of car rented, the reasonableness of the rate, or why the rental was necessary. |
| Purchase of PVC pipe | 1,127 | | 1,127 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. |
| Purchase of desks | 591 | | 591 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. |
| Steel reinforcement structures | 237 | | 237 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. |
| Various costs | 249 | | 249 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. |
| Purchase of barrels | 177 | | 177 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. |
| Purchase of materials and various costs | 817 | | 817 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. |
| Radio communications | 35 | | 35 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. |
| Copies of blueprints | 162 | | 162 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. |
| Photocopier paper | 25 | | 25 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. |
| Tool purchase | 50 | | 50 | The subcontract between DRC |

# Appendix 6

| Listing of Questioned Costs for Subcontract – SERPIC | | | | |
|---|---|---|---|---|
| ***Expense*** | ***Submitted By DRC*** | ***Ineligible Costs*** | ***Unsupported Costs*** | ***Reasons for Questioned Costs*** |
| | | | | and SERPIC was not approved by FHIS and USAID. |
| Brick purchase | 1,432 | | 1,432 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. |
| Payroll and other costs | 9,811 | | 9,811 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. Also, this line item includes $597 for cars rented from SERPIC employees with no indication of the type of car rented, the reasonableness of the rate, or why the rental was necessary. |
| Overtime | 3 | | 3 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. |
| Surveying equipment rental | 1,393 | | 1,393 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. |
| Copies of blueprints | 91 | | 91 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. |
| Various costs | 29 | 29 | | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. Also, these costs were incurred after suspension of the contract with DRC. |
| Payroll and various costs | 7,148 | | 7,148 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. Also, this line item includes $597 for cars rented from SERPIC employees with no indication of the type of car rented, the reasonableness of the rate, or why the rental was necessary. |
| Cell phone | 43 | | 43 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. |
| Payroll and other costs | 5,452 | | 5,452 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. |
| Overtime | 8 | 8 | | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. Also, these costs were incurred after the contract with DRC was suspended. |

**Appendix 6**

| ***Listing of Questioned Costs for Subcontract – SERPIC*** | | | | |
|---|---|---|---|---|
| ***Expense*** | ***Submitted By DRC*** | ***Ineligible Costs*** | ***Unsupported Costs*** | ***Reasons for Questioned Costs*** |
| Payroll an d other costs | 3,540 | | 3,540 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. Also, this line item includes $597 for cars rented from SERPIC employees with no indication of the type of car rented, the reasonableness of the rate, or why the rental was necessary. |
| Purchase of material | 1,925 | | 1,925 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. |
| Payroll and other costs | 2,818 | | 2,818 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. Also, this line item includes $298 for a car rented from a SERPIC employee with no indication of the type of car rented, the reasonableness of the rate, or why the rental was necessary. |
| Payroll and other costs | 8,467 | | 8,467 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. Also, this line item includes $179 for a car rented from a SERPIC employee with no indication of the type of car rented, the reasonableness of the rate, or why the rental was necessary. |
| Laboratory tests | 334 | 334 | | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. Also, costs were incurred after the suspension of DRC's contract. |
| Travel costs | 85 | | 85 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. |
| Backhoe rental | 1,306 | | 1,306 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. |
| Warehouse rental and salaries for warehouse employees | 2,543 | | 2,543 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. Also, there is no supporting documentation for these expenses. |
| Profit and office administration | 21,704 | | 21,704 | The subcontract between DRC and SERPIC was not approved by FHIS and USAID. Also, |

**Appendix 6**

| Listing of Questioned Costs for Subcontract – SERPIC | | | | |
|---|---|---|---|---|
| **Expense** | **Submitted By DRC** | **Ineligible Costs** | **Unsupported Costs** | **Reasons for Questioned Costs** |
| | | | | there is no supporting documentation for these expenses. |
| *Totals*[5] | *$136,708* | *$5,095* | *$131,613* | |

[5] Detail may not add to totals or to amounts shown on page 5 due to rounding.

**Appendix 7**

***Listing of Questioned Costs for Subcontract – GAP Associates***

| ***Expense*** | ***Submitted By DRC*** | ***Ineligible Costs*** | ***Unsupported Costs*** | ***Reasons for Questioned Costs*** |
|---|---|---|---|---|
| Salary – D. Chincilla, January 2001 | 1,613 | | 1,613 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. In addition, for this particular expense, there was no employment contract and no timesheets to show time spent on the subcontract with DRC. |
| Salary – G. Umanzor, February 2001 | 1,290 | | 1,290 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. For this particular expense, there was no employment contract and no timesheets to show time spent on the subcontract with DRC. |
| Salary – D. Chincilla, February 2001 | 3,226 | | 3,226 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. For this particular expense, there was no employment contract and no timesheets to show time spent on the subcontract with DRC. |
| Salary – D. Chincilla, March 2001 | 3,226 | | 3,226 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. For this particular expense, there was no employment contract and no timesheets to show time spent on the subcontract with DRC. |
| Salary – G. Umanzor, March 2001 | 1,290 | | 1,290 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. For this particular expense, there was no employment contract and no timesheets to show time spent on the subcontract with DRC. |
| Salary – D. Chincilla, April 2001 | 3,226 | | 3,226 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. For this particular expense, there was no employment contract and no timesheets to show time spent on the subcontract with DRC. |
| Salary – G. Umanzor, April 2001 | 1,290 | | 1,290 | The subcontract between DRC |

**Appendix 7**

| Listing of Questioned Costs for Subcontract – GAP Associates | | | | |
|---|---|---|---|---|
| ***Expense*** | ***Submitted By DRC*** | ***Ineligible Costs*** | ***Unsupported Costs*** | ***Reasons for Questioned Costs*** |
| | | | | and GAP Associates was not approved by FHIS and USAID. For this particular expense, there was no employment contract and no timesheets to show time spent on the subcontract with DRC. |
| Hotel | 25 | | 25 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. |
| Hotel | 18 | | 18 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. |
| Hotel for surveyors | 194 | | 194 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. |
| Apartment for R. Xatruch, February 2001 | 194 | | 194 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. |
| Apartment for R. Xatruch, March 2001 | 194 | | 194 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. |
| Apartment for R. Xatruch, April 2001 | 194 | | 194 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. |
| Apartment for R. Xatruch, May 2001 | 194 | | 194 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. |
| Supervisory visit to Guanaja | 643 | 643 | | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. Also, this visit was undertaken after the contract between FHIS and DRC was suspended. Also, "various supervision costs" of $65 had no supporting documentation. |
| Surveying | 3632 | 806 | 2,826 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. Also, there was no written contract between GAP Associates and the surveyors. Also, $806 was for work performed after the contract between FHIS and DRC was suspended. |
| Digitalization of blueprints | 677 | | 677 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. |

**Appendix 7**

| ***Listing of Questioned Costs for Subcontract – GAP Associates*** | | | | |
|---|---|---|---|---|
| ***Expense*** | ***Submitted By DRC*** | ***Ineligible Costs*** | ***Unsupported Costs*** | ***Reasons for Questioned Costs*** |
| Digitalization of blueprints | 1,548 | | 1,548 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. Also, there was no employment contract with the person who performed this work. |
| Transportation | 779 | | 779 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. |
| Electricity | 13 | | 13 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. |
| Telephone | 6 | | 6 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. |
| Telephone | 19 | | 19 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. Also, there was no documentation of the purpose of the calls made, some of which were made after the contract between FHIS and DRC was suspended. |
| Food for resident engineer | 406 | | 406 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. Also, there was no supporting documentation for these expenses. |
| Food for resident engineer | 9 | | 9 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. Also, there was no supporting documentation for these expenses. |
| Food for surveyors | 195 | | 195 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. |
| Gasoline | 37 | 4 | 33 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. Also, $4 in gasoline was purchased after the contract between FHIS and DRC was suspended. |
| Office supplies | 42 | 38 | 4 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. |

**Appendix 7**

| ***Listing of Questioned Costs for Subcontract – GAP Associates*** | | | | |
|---|---|---|---|---|
| ***Expense*** | ***Submitted By DRC*** | ***Ineligible Costs*** | ***Unsupported Costs*** | ***Reasons for Questioned Costs*** |
| | | | | Also, $38 of these expenses were incurred after the contract between FHIS and DRC was suspended. |
| Telephone installation | 100 | 20 | 80 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. Also, these costs include $7 in tax and $13 for a refundable deposit. |
| Administration | 3,642 | | 3,642 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. Also, there is no support for these costs. |
| Profit | 4,188 | | 4,188 | The subcontract between DRC and GAP Associates was not approved by FHIS and USAID. Also, there is no support for this cost item. |
| *Totals* | *$32,110* | *$1,511* | *$30,599* | |

## Home Office Overhead Calculation

The Eichleay method is commonly used to calculate allocable home office overhead costs on construction contracts where, due to a contract suspension or delay, the contractor is not able to generate sufficient revenue to absorb home office overhead costs.

The first step is a straightforward allocation of home office overhead costs to all of the contracts that were active during the period. In this step, essentially, we are calculating the amount of home office overhead that would be allocable to the contract based on the costs incurred under the contract.

1. (Total contract billings/Total company billings) x Total home office overhead costs = Home office overhead costs allocable to contract

In the next two steps, we calculate a daily allocable home office overhead rate that is then used to calculate an additional portion of home office overhead costs that should be allocated to the contract as a result of the suspension or delay.

2. (Home office overhead costs allocable to the contract/Number of days of contract performance including suspension or delay days) = Daily allocable home office overhead rate

3. Daily allocable home office overhead rate x Compensable suspension or delay days = Additional home office overhead to be charged to the contract

Below, we use these formulas to calculate the home office overhead to be charged to contract 1A.

1. ($149,594/$47,321,373) x $3,312,646 = $10,472

2. ($10,472/299 days) = $35.02

3. $35.02 x 237 days = $8,300

Thus, $10,472 + $8,300 = $18,772 in home office overhead costs should be charged to contract 1A.

Subsequent correspondence between USAID and FHIS in May and June 2001, including USAID's withdrawal of its approval for contract 1A on May 7, 2002, made it clear that work on the contract would not be reinitiated.

On October 23, 2001, through a termination agreement between FHIS and DRC, the contract was terminated with the express condition that the contract rights and obligations of FHIS were assigned to USAID for the purpose of negotiating a settlement of DRC's termination costs. DRC then submitted a payment request on January 21, 2002 for $1,855,553 for termination expenses. This termination claim is the subject of this audit.

## Audit Objective

In response to a request from USAID/Honduras, the Regional Inspector General/San Salvador performed an audit to answer the following question:

- Was the contract 1A termination claim submitted by Disaster Reconstruction, Inc. (DRC) reasonable, allocable, and allowable in accordance with the contract terms?

Appendix I describes the audit's scope and methodology.

## Audit Finding

**Was the contract 1A termination claim submitted by Disaster Reconstruction, Inc. (DRC) reasonable, allocable, and allowable in accordance with the contract terms?**

The majority of the $1,855,553 contract 1A termination claim submitted by DRC was not reasonable, allocable, and allowable. The audit disclosed $1,220,286 in ineligible costs (costs that are not reasonable, allocable, or allowable) and $441,651 in unsupported costs (costs that are not supported by sufficient documentation to permit an informed judgment on whether the costs are reasonable, allocable, and allowable, or that lack required approvals).

The audit results are summarized in the following table.[2]

| *Category* | *Submitted By DRC* | *Ineligible Costs* | *Unsupported Costs* | *Ref.* |
|---|---|---|---|---|
| Direct materials and labor | $211,168 | $60,297 | $1,277 | Note 1; App. 3 |
| Honduras overhead | 904,218 | 904,218 | | Note 2; App. 4 |

[2] Throughout this audit report, detail may not add to totals due to rounding errors. The exchange rates used in this report are the exchange rates used by DRC in its termination claim, which ranged from 15.00 to 15.50 Honduran lempiras per 1 U.S. dollar.

# Audit of the Contract 1A Termination Claim Submitted by Disaster Reconstruction, Inc. (DRC)

## Audit Report No. 1-522-03-001-F

## December 2, 2002

*Financial information contained in this report may be privileged. The restriction of 18 USC 1905 should be considered before any information is released to the public.*

San Salvador, El Salvador

EXHIBIT
F

December 2, 2002

**MEMORANDUM**

**FOR:** USAID/Honduras Director, Paul C. Tuebner

**FROM:** Regional Inspector General/San Salvador, Timothy E. Cox

**SUBJECT:** Audit of the Contract 1A Termination Claim Submitted by Disaster Reconstruction, Inc. (DRC) (Report No. 1-522-03-001-F)

This memorandum is our final report on the subject audit. It contains one recommendation for your action, which has $1,661,937 in associated potential savings. This recommendation does not yet have a management decision.

We would like to receive your comments on the draft report for inclusion in the final audit report within 30 days.

I appreciate the cooperation and courtesy extended to my staff during the audit.

The financial information contained in this report may be privileged. The restriction of 18 USC 1905 should be considered before any information is released to the public.

## Table of Contents


| | |
|---|---|
| Summary of Results | 3 |
| Background | 3 |
| Audit Objective | 4 |
| Audit Findings | 4 |
| Was the contract 1A termination claim submitted by Disaster Reconstruction, Inc. (DRC) reasonable, allocable, and allowable in accordance with the contract terms? | 4 |
| Management Comments and Our Evaluation | 9 |
| Appendix 1 – Scope and Methodology | 10 |
| Appendix 2 – Management Comments | 12 |
| Appendix 3 – Listing of Questioned Costs for Direct Materials and Labor | 45 |
| Appendix 4 – Listing of Questioned Costs Included in Honduras Overhead Indirect Cost Pool | 47 |
| Appendix 5 – Listing of Questioned Costs for Bidding Expenses | 50 |
| Appendix 6 – Listing of Questioned Costs for Subcontract – SERPIC | 57 |
| Appendix 7 – Listing of Questioned Costs for Subcontract – GAP Associates | 66 |
| Appendix 8 – Home Office Overhead Calculation | 70 |

## Summary of Results

Hurricane Mitch struck Honduras in October 1998. To help reconstruct water and sanitation infrastructure in Honduras, USAID/Honduras provided funding to the Honduras Social Investment Fund (FHIS) and other Honduran entities. On December 29, 2000, FHIS signed a contract with Disaster Reconstruction, Inc. (DRC) for water and sanitation works valued at $8,373,931. This contract is referred to as contract 1A. About two months later, the contract was suspended, and the contract was terminated on October 23, 2001. DRC then submitted a payment request on January 21, 2002 for $1,855,553 for termination expenses associated with contract 1A. This termination claim is the subject of this audit. (See page 3.)

The Regional Inspector General/San Salvador conducted this audit to determine whether the contract 1A termination claim submitted by DRC was reasonable, allocable, and allowable in accordance with the contract terms. (See page 4.)

The majority of the $1,855,553 contract 1A termination claim submitted by DRC was not reasonable, allocable, and allowable. The audit disclosed $1,220,286 in ineligible costs and $441,651 in unsupported costs. (See page 4.)

USAID/Honduras did not provide comments on our draft audit report. DRC did provide a response to the draft report to both our office and USAID/Honduras. After reviewing DRC's comments, which expressed disagreement with many of the findings and conclusions in the report, we continue to believe that the facts presented in this audit report are correct. (See Appendix 2.)

## Background

Hurricane Mitch struck Honduras in October 1998. The hurricane and associated flooding resulted in the deaths of thousands of Hondurans, temporarily left nearly a million people homeless, and caused grave economic losses. To help reconstruct water and sanitation infrastructure in Honduras, USAID/Honduras provided funding to FHIS and other Honduran entities.

On December 29, 2000, FHIS signed a contract with DRC for water and sanitation works valued at $8,373,931. This contract is referred to as contract 1A.[1]

DRC was notified on March 1, 2001 that work under this contract was suspended. In its letter notifying DRC of the suspension, FHIS instructed DRC not to incur any new expenses or make any new commitments.

[1] DRC was awarded another contract, called contract 1, on June 21, 2000. Contract 1 was not covered by this audit.