# US AGENCY FOR INTERNATIONAL DEVELOPMENT
## USAID/Honduras

BY FACSIMILE TRANSMISSION

Mr. Robert Isakson
Managing Director
DRC, Inc.
740 Museum Drive
Mobile, Alabama 36608

February 4, 2003

Subject: Termination Settlement Proposal: #62747 Reconstruction Program, Group 1a, Construction of a Sanitary Sewer and Potable Water System.

Reference: (a) DRC Claim dated January 21, 2002
(b) Audit Report No.: 1-522-03-001-F, Issued 12/2/2002
(c) DRC Response to Draft Audit Report dated 11/21/02

Dear Mr. Isakson:

I have reviewed the claim submitted by DRC (ref (a)), together with the referenced audit report (ref (b)), and DRC's response to the draft audit report (ref (c)). The following represents the findings of my review, based on a complete and thorough analysis of the referenced documents. I am allowing 30 days for any additional information that DRC, Inc. believes to be relevant and supporting of its claim that has not been previously submitted.

**Direct Materials and Labor - ($57,320.52)**

**Claimed - $211,168. Materials previously paid Dec. 2002, $92,273.48; Disallowed - $61,574. Sustained - $61,574;**

The denial of the $61,574 is primarily based on costs incurred after the suspension of the contract which were not necessary to maintain a standby capability. Of the $61,574 denied, $56,594 represented costs associated with bid bonds that, according to records reviewed, were never paid.

Mailing Addresses: From USA: USAID/Honduras, UNIT 2927, APO AA 34022, Tel. 011-504-236-9320
In Honduras: Apartado Postal 3453, Tegucigalpa, M. D. C. Tel. 236-9320, Fax (504) 236-7776

EXHIBIT
G

**Honduras Overhead - ($55,052)**
**Claimed - $904,218; Disallowed - $904,218; Sustained - $849,167;**

DRC claimed a total allocable overhead to the Honduras Office of $2,753,470 of which $2,133,423 was determined to be ineligible based on costs incurred after the suspension of the contract which were not necessary to maintain a standby capability and $21,658 which was determined to be unsupported. This leaves $598,389 split over the Group 1 and Group 1a contracts. DRC used a rate of 32.2% calculated by adding the Group 1 contract value of $17,667,967, to the Group 1a contract value of $8,373,931 for a total of $26,041,898. The Group 1a value of $8,373,931 was divided by the total of the two contracts $26,041,898, arriving at a rate of 32.2%. Using this rate on the allocable overhead for the Group 1a contract resulted in a final figure for the Honduras office overhead of $192,681.

However, calculating the rate in this manner does not give an accurate representation of the amount that each contract benefited from the indirect costs. The Group 1a contract was terminated two months after it began. A more accurate method to allocate indirect costs is the following:

Total estimated cost under Group 1a ($8,373,931) multiplied by 2/13 (the contract was for 13 months) Resulting in a per month estimate of ($1,288,297). This figure is added to the actual billings for Group 1 of $12,697,520 for a total of $13,985,816. Dividing the per month estimate by $13,985,816 results in a rate of 9.2% ($1,288,297 / $13,985,816 = 9.2%). When applied to the allocable overhead of $598,389 the result is <u>$55,052</u> for allocable overhead for the Group 1a contract.

**Bidding Expense - ($833)**

**Claimed - $32,389. Disallowed - $32,389; Sustained - $31,556.**

Of the claimed expenses, the audit report indicated ineligible costs of $1,786 (duplicate charge, also charged under direct materials line item), and unsupported costs of $30,603. The primary reason these costs were disallowed was lack of supporting information and the fact that the estimates were completed more than a year after the bid was submitted. Notwithstanding the lack of supporting documentation to indicate that DRC submitted a bid, an $8 million contract was awarded which indicates DRC did submit a bid. As a bid was submitted (evidenced above) it can be concluded that DRC did incur certain costs attributable to that submission. Bid & Proposal costs are generally a G&A item, meaning the cost of doing business is spread over all company contracts, not just one contract. Using the average monthly billing rate shown above of $1,288,297 and dividing that by total company billings of $47,321,373 results in a rate of 2.7% which resulted in a B&P cost of $833.

**Subcontracts - ($0.00)**

| | |
|---|---|
| Subcontract Cordica - | $189,952 - disallowed |
| Subcontract Serpic - | $136,704 - disallowed |
| Subcontract GAP Assoc. - | 32,111 - disallowed |

The reason for the disallowance of the entire amount claimed by DRC for subcontracts is that there is no supporting documentation, i.e., no subcontracts; no list of materials; no request for proposals; no statement of work, etc. Without some form of evidence to the contrary, there is no indication that a contractual relationship existed between DRC and any subcontractors.

**DRC Unabsorbed Home Office Overhead - ($18,772)**

The home office overhead was determined by using the Eichleay method.

Under this method, the total contract billings (not the total amount of the contract) are divided by the total company billings and multiplied by the total home office overhead. With the exception of the total contract

billings, the figures provided by DRC were applied to the Eichleay method to determine unabsorbed overhead. Actual days of contract performance are factored at 299 days. Actual number of days of delay are factored at 237. The total contract billings were determined to be $149,594 after disallowance of ineligible and unsupported costs. The final figure for the Home Office overhead attributable to the Group 1a contract is $10,472.

2. To determine the daily allocable home office overhead rate, the home office overhead costs allocable to the contract are divided by the number of days of contract performance including suspension or delay days. The resultant figure is $35.02.

3. To determine the additional home office overhead to be charged to the contract the daily allocable home office overhead rate is multiplied by the compensable suspension or delay days. This figure is $8,300.

Below are the calculations:

1. ($149,594/$47,321,373)x$3,312,646 = $10,472

2. ($10,472/299 days) = $35.02

3. $35.02 x 237 days = $8,300

Therefore, $10,472 + $8,300 = $18,772 in Home Office Overhead attributable to the contract.

**Profit - $33,638**

For purposes of this decision, factors considered in determining profit included extent of risk assumed, together with an analysis of the rate of profit contemplated at the time of contract award. This contract was awarded January 4, 2001, suspended February 28, 2001, and terminated on October 23, 2001. Based on this, the amount of $33,638, representing 15% of the accepted claim amount, is considered reasonable.

**Summary of Findings Expressed in Dollars:**

| | Submitted by DRC | Accepted by CO |
|---|---|---|
| Direct Material and Labor | $211,168 | $149,594 |
| Honduras Overhead | 904,218 | 55,052 |
| Bidding Expenses | 32,389 | 833 |
| Subcontract Cordica | 189,952 | 0 |
| Subcontract Serpic | 136,704 | 0 |
| Subcontract GAP Assoc | 32,111 | 0 |
| Subtotal | $1,506,542 | $205,479 |
| DRC Home Office Overhead | 106,964 | 18,772 |
| Subtotal | $1,613,506 | $224,251 |
| Profit | 242,025 | 33,638 |
| Total Amount | $1,855,531 | $257,889 |
| Less materials previously paid | | -92,273 |
| Total to be Paid Under Claim | | $165,616 |

This represents the decision of the Contracting Officer based on a review of all documentation and on the findings of the audit report. DRC shall have thirty days (30) to provide any additional information not previously submitted which may have an impact on my decision.

Should no additional information be forthcoming, I will issue my final decision on March 11, 2003.

Should you have any questions regarding this matter please contact James C. Athanas, Office of Contract Management, at (504)236-9320; ext. 4041.

Sincerely,

Annette E. Tuebner
Regional Contracting Officer
USAID Honduras/Nicaragua