# DRC Labor And Material Costs For All Sites As Taken From The General Ledger For DRC-Honduras.

The cost included in this section are those direct costs incurred by DRC during the course of the project exclusive of the DRC Bidding expenses, Subcontract costs, Home office overhead in the U.S., the Office overhead in Tegucigalpa Honduras, Post Termination expenses, and of course Profit.

As stated in the overview, DRC was responsible for providing the materials and site management as well as engineer on all of the sites. At the time of the suspension, a majority of materials had been purchased which we were unable to return. The cost of these materials and the costs of labor, engineering, supervision and bonds make up the majority of the costs associated with this items which totals $211,168.75.

Concerning the materials, DRC attempted to return the materials after the Termination for credit but was unable to get the suppliers to take the materials back for any credit. The materials remaining are still on the site to a large extent. We have had the subcontractors maintain the materials in warehouses with guards. Because of the environmental/social conditions in the Country we feel that a few of the materials may have disappeared, however, those that remain are available for USAID to take over and dispose of as you wish.

Additionally, concerning the bonds for this project, we have included the costs of the bonds ($6,082 + $50,512 = $56,594). However, DRC has not paid for these bonds and is in dispute with the insurance company, Amwest, which is now in bankruptcy. Before final settlement, it will be necessary for us to resolve the payment issue with the bonding company because it is our opinion that we should not be liable for more than the portion of the project for which costs were incurred. We have included the total amount because that is the amount of our exposure at this point.

**For Detail of DRC Direct Costs**

**See Volume II**