# DRC-Honduras Overhead For Its Office In Tegucigalpa Including Zone Management.

The costs included under this item are for the proportionate costs of the office overhead for the office in Teguciagalpa, Honduras. The office was responsible for the two projects that DRC had in Honduras. The period of the Terminated contract 1A was essentially for the period of January 2001 through October 2001. We have isolated those General and Administrative cost relative to the months in question as incurred by the field operation and then apportioned them based on the relative sizes of the two projects under contract.

The detail and backup for these costs are kept in the office in Teguciagalpa, Honduras and in Mobile, Alabama.

The enclosed spreadsheet details the monthly cost incurred by the Teguciagalpa office. Please note that there are two additional spread sheets behind the comprehensive sheet. These two sheets detail the direct costs for the supervisors and engineers in the field which had originally been included in the Teguciagalpa office overhead had to be extracted before apportioning as they were directly allocable to various individual sites.

INC.
ESSIONAL FEES - FIELD
I JANUARY 2001 TO OCTOBER 2001

| Name | January | February | March | April | May | June | July | August | September | October | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Mario de Jesus Vargas | 27,000.00 | 27,000.00 | 27,000.00 | 27,000.00 | 27,000.00 | 27,000.00 | 27,000.00 | 27,000.00 | 27,000.00 | 27,000.00 | 270,000.00 |
| 2 Rigoberto Paz | 30,000.00 | 30,000.00 | 30,000.00 | 30,000.00 | 30,000.00 | 30,000.00 | 70,000.00 | | | | 250,000.00 |
| 3 Julio Marroquin | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 21,638.00 | 23,780.00 | 23,780.00 | 23,780.00 | 212,978.00 |
| 4 Jose Mario Diaz | 30,000.00 | 30,000.00 | 30,000.00 | 30,000.00 | 30,000.00 | 30,000.00 | 30,000.00 | 30,000.00 | 30,000.00 | 30,000.00 | 300,000.00 |
| 5 Eli Daniel Reyes Vargas | 15,000.00 | 15,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 180,000.00 |
| 6 Oscar Roberto Gallardo | 30,000.00 | 30,000.00 | 30,000.00 | 30,000.00 | 30,000.00 | 30,000.00 | 30,000.00 | 11,000.00 | | | 221,000.00 |
| 7 Selim Kawas | 22,500.00 | 22,500.00 | 22,500.00 | 22,500.00 | 22,500.00 | 22,500.00 | 22,500.00 | 22,500.00 | 22,500.00 | 22,500.00 | 225,000.00 |
| 8 Iris Deneli Rodriguez | | 8,001.00 | 24,000.00 | 24,000.00 | 24,000.00 | 24,000.00 | 24,000.00 | 24,000.00 | 24,000.00 | 24,000.00 | 200,001.00 |
| 9 Jose Antonio Castro Galeano | | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | | | | 150,000.00 |
| 10 Sigfredo Alejandro Lopez | | 10,133.46 | 16,000.00 | 18,000.00 | 20,000.00 | 20,000.00 | 30,533.32 | | | | 114,666.78 |
| 11 Wilma Borden | | 10,133.46 | 16,000.00 | 18,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 22,000.00 | | 4,876.66 | 131,010.12 |
| 12 Galel Hernandez Romero | | | | 12,500.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 162,500.00 |
| 13 Jose Daniel Pagoada | | | | | 12,000.00 | 24,000.00 | 24,000.00 | 24,000.00 | 24,000.00 | 24,000.00 | 132,000.00 |
| 14 Oscar Rene Castro Garcia | | | | | 5,600.00 | 24,000.00 | 24,000.00 | 24,000.00 | 24,000.00 | 24,000.00 | 125,600.00 |
| 15 Cesar Augusto Pineda | | | | | | 16,666.67 | 25,000.00 | 12,500.00 | | | 54,166.67 |
| 16 Osman Cano | | | | | | 12,000.00 | 24,000.00 | 12,000.00 | | | 48,000.00 |
| 17 Rolando Salvador Martinez | | | | | | 4,800.00 | 18,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | 76,800.00 |
| 18 Karla Maria Cortez | | | | | | 18,333.33 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 118,333.33 |
| 19 Ingris Wendoly Chavez Maldonado | | | | | | | | 27,066.67 | 28,000.00 | 28,000.00 | 83,066.67 |
| 20 Zonia Echeverria | | | | | | | | | | 9,288.00 | 9,288.00 |
| TOTAL | 174,500.00 | 227,767.92 | 258,500.00 | 275,000.00 | 309,100.00 | 391,300.00 | 483,671.32 | 347,846.67 | 291,280.00 | 305,424.66 | 3,064,390.57 |

DRC, INC.
PAYROLL - FIELD
FROM JANUARY 2001 TO OCTOBER 2001

filename:f2claimfiel-2

| # | Name | January | February | March | April | May | June | July | August | September | October | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Brown, Billy | 55,500.00 | 13,875.00 | - | - | - | - | - | - | - | - | 69,375.00 |
| 2 | Carcasson, Richard | - | - | - | - | - | - | 225,000.00 | 150,000.00 | 225,000.00 | 150,000.00 | 750,000.00 |
| 3 | Castro, Hugo Rene | | | | | | | 4,166.67 | 7,469.29 | | | 11,638.96 |
| 4 | Collette, Gary | 11,550.00 | 46,200.00 | 46,200.00 | 46,200.00 | 46,200.00 | 69,300.00 | 46,200.00 | 58,500.00 | 60,000.00 | 60,000.00 | 490,350.00 |
| 5 | Crespo, Carias Dello Jose | | | | | | | | 3,312.50 | 6,692.40 | 8,137.50 | 18,142.40 |
| 6 | Deakle, Arthur Jr. | - | - | - | - | - | - | - | 15,000.00 | 15,000.00 | - | 30,000.00 |
| 7 | Droke, William | - | - | - | - | - | - | - | - | 45,000.00 | - | 45,000.00 |
| 8 | Etheredge, Daniel | - | - | - | - | - | - | - | - | 102,975.00 | 111,930.00 | 214,905.00 |
| 9 | Galindo, Francisco Alvaro | | | | | | | | | 3,360.05 | 2,800.00 | 6,160.05 |
| 10 | Garcia, Louis | - | - | - | - | - | - | - | 23,550.00 | 60,000.00 | 60,000.00 | 143,550.00 |
| 11 | Graves, Stanley | - | - | - | - | - | - | 36,000.00 | 24,000.00 | - | - | 60,000.00 |
| 12 | Hayes, Christopher | - | - | - | - | - | - | 45,000.00 | 45,000.00 | 60,000.00 | 32,175.00 | 182,175.00 |
| 13 | Hayes, Derek | - | - | - | - | - | - | - | 15,000.00 | 60,000.00 | 32,175.00 | 107,175.00 |
| 14 | Hug, Alejandro | - | - | - | - | - | - | 72,900.00 | 120,000.00 | 225,000.00 | 150,000.00 | 567,900.00 |
| 15 | Jensen, William | - | - | - | - | - | 55,395.00 | 110,790.00 | 110,790.00 | 107,895.00 | 105,000.00 | 489,870.00 |
| 16 | Lobo, Reinaldo Neptali | | | | | | | | | 3,360.05 | 2,800.00 | 6,160.05 |
| 17 | Martinez, Colindres Jose Manuel | | | | | | | | | 3,593.75 | 3,000.00 | 6,593.75 |
| 18 | Medina, Carmelo | - | 30,205.35 | 40,273.80 | 60,410.70 | 46,027.80 | 46,027.80 | 46,027.80 | 46,027.80 | 23,013.90 | 46,027.80 | 384,042.75 |
| 19 | Payroll Taxes | 13,702.20 | 12,979.35 | 10,814.60 | 9,783.75 | 9,611.55 | 24,629.85 | 24,565.80 | 39,637.65 | 52,137.90 | 41,907.60 | 239,570.25 |
| 20 | Pesquera, Mario | - | - | - | - | - | 61,155.00 | 122,310.00 | 122,310.00 | - | - | 306,775.00 |
| 21 | Pineda, Argello | | | | | | | | | 2,000.00 | 2,000.00 | 4,000.00 |
| 22 | Reeves, Jim | 33,240.00 | 33,240.00 | 33,240.00 | 33,240.00 | 33,240.00 | 49,860.00 | 33,240.00 | 33,240.00 | 33,240.00 | 33,240.00 | 349,020.00 |
| 23 | Rivera, Jose Humberto | | | | | | | | 8,199.92 | 3,199.90 | | 11,399.82 |
| 24 | Rivera, Moises | | | | | | | | 4,000.00 | 5,999.82 | 6,400.48 | 16,400.30 |
| 25 | Sanchez, Rossel | - | - | - | - | - | - | - | 27,900.00 | 60,000.00 | 45,000.00 | 132,900.00 |
| 26 | Tejada, Carlos Reinero | | | | | | | | 7,937.50 | 7,546.90 | 7,281.25 | 22,765.65 |
| 27 | Valdez, Jesus | 46,200.00 | 46,200.00 | 46,200.00 | 46,200.00 | 46,200.00 | 69,300.00 | 46,200.00 | 46,200.00 | 52,650.00 | 66,000.00 | 511,350.00 |
| 28 | Vidana, Victor | - | - | - | - | - | - | - | 25,725.00 | 60,000.00 | 60,000.00 | 145,725.00 |
| 29 | Western Equipment | - | - | - | - | - | - | - | - | 112,875.00 | - | 112,875.00 |
| 30 | Williams, Paul Jr. | - | - | - | - | - | - | - | 30,000.00 | 59,175.00 | 36,000.00 | 125,175.00 |
| 31 | Williams, Randall Jr. | - | - | - | - | - | - | - | - | - | 38,250.00 | 38,250.00 |
| 32 | Young, Ricardo | 46,027.80 | 46,027.80 | 46,027.80 | 69,041.70 | 46,027.80 | 46,027.80 | 46,027.80 | 46,027.80 | 69,041.70 | - | 460,278.00 |
| | SUB TOTAL | 206,220.00 | 228,727.50 | 222,556.20 | 264,876.15 | 227,307.15 | 421,695.45 | 858,428.07 | 1,009,827.46 | 1,518,756.37 | 1,100,124.63 | 6,058,518.98 |
| | less: | | | | | | | | | | | |
| | *Gary Collette salary already charged in F2* | (11,550.00) | (46,200.00) | (46,200.00) | (46,200.00) | (46,200.00) | (32,340.00) | | | | | (228,690.00) |
| | **TOTAL** | 194,670.00 | 182,527.50 | 176,356.20 | 218,676.15 | 181,107.15 | 389,355.45 | 858,428.07 | 1,009,827.46 | 1,518,756.37 | 1,100,124.63 | 5,829,828.98 |

NC.
ras

ation of 1-A
Field Overhead Expenses for DRC Inc. Honduras during month of 1-A Contract

| SE | January | February | March | April | May | June | July | August | September | October | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ROLL | 1,880,239.04 | 1,924,933.39 | 1,956,815.16 | (1,204,799.85) | 2,000,614.71 | 2,070,651.60 | 3,379,028.58 | (3,177,519.32) | 2,229,378.17 | 8,653,591.91 | 17,713,131.59 |
| *Field Salaries as per attached* | *(194,670.00)* | *(182,527.50)* | *(176,356.20)* | *(218,676.15)* | *(181,107.15)* | *(389,355.45)* | *(854,261.40)* | *(978,908.25)* | *(1,483,003.50)* | *(1,087,705.40)* | *(6,726,571.00)* |
| SPORTATION AND TRAVEL | 544,777.71 | 7,412.58 | 59,834.50 | 341,890.32 | 52,268.00 | 242,839.44 | 1,954,070.39 | 534,707.61 | 701,131.87 | 596,910.97 | 5,835,343.45 |
| MUNICATIONS | 341,109.32 | 138,576.13 | 159,453.70 | (72,104.85) | 300,922.48 | 248,785.73 | 288,139.25 | 77,053.31 | 301,264.29 | 214,209.53 | 1,997,408.89 |
| AND UTILITIES | 170,275.53 | 226,455.46 | 148,430.59 | 190,185.40 | 256,267.60 | 209,726.34 | 1,051,834.40 | 1,132,015.03 | 1,291,647.51 | 717,086.50 | 5,393,924.36 |
| GHT | 75.00 | - | - | 9,653.87 | 10,480.35 | 13,328.25 | 35,173.80 | 1,070.00 | 2,820.05 | 17,225.10 | 89,826.42 |
| AND OIL | 81,642.25 | 51,986.86 | 60,779.10 | 77,039.77 | 91,457.82 | 63,893.08 | 65,338.32 | 98,643.82 | 55,291.43 | 136,218.19 | 782,290.84 |
| RS AND MAINTENANCE | 29,950.68 | 32,607.60 | 41,530.12 | 24,213.21 | 46,629.92 | 58,220.45 | 112,900.83 | 135,493.26 | 71,768.65 | 104,487.17 | 857,801.89 |
| RITY SERVICES | - | - | - | - | - | - | - | - | - | - | - |
| ECIATION | 548,257.67 | 471,086.44 | 472,346.57 | 477,313.98 | 482,574.03 | 491,004.39 | 501,173.13 | 60,259.80 | 25,379.15 | 54,287.55 | 3,583,682.71 |
| ESSIONAL FEES | 573,793.30 | 460,185.55 | 533,002.09 | 1,385,954.72 | 536,300.70 | 672,688.70 | 5,850,034.97 | 671,220.17 | 1,583,303.20 | 1,722,564.06 | 15,989,847.46 |
| *Professional Fees - Field* | *(174,500.00)* | *(227,767.92)* | *(258,500.00)* | *(275,000.00)* | *(309,100.00)* | *(391,300.00)* | *(483,671.32)* | *(347,846.67)* | *(291,280.00)* | *(305,424.66)* | *(2,864,390.57)* |
| ANCE-GENERAL LIABILITY | - | - | - | - | - | - | - | - | - | 227,213.85 | 227,213.85 |
| ACE | - | - | - | - | - | - | 81,810.75 | 24,416.44 | 16,856.10 | 20,945.00 | 144,028.29 |
| SES AND FEES | - | - | - | 16,002.00 | 6,800.00 | - | 9,092.20 | 1,780.71 | 150.00 | - | 33,824.91 |
| S | - | - | - | - | - | - | - | - | - | - | - |
| (LOSS) ON FOREIGN EXCHANGE | | | | | | | | | | (426,874.25) | (426,874.25) |
| ELLANEOUS EXPENSES | (192,411.86) | 31,822.65 | 72,177.47 | 11,183.13 | 8,291.32 | 50,084.75 | 125,498.78 | 15,791.33 | 104,640.25 | 80,335.55 | 307,413.37 |
| CRIPTIONS | | | | | | | | | | | - |
| TIONS | | | | | | | | | | | - |
| INGS-CONFERENCES | 17,157.30 | - | - | 12,418.00 | 25,000.00 | - | 3,571.50 | 20,100.28 | - | 1,346.00 | 79,593.08 |
| E SUPPLIES-PRINTING | 7,754.50 | - | - | - | 14,339.80 | 880.50 | 1,812.90 | - | - | - | 24,787.70 |
| E SUPPLIES-OTHERS | 32,439.11 | 35,138.91 | 24,842.06 | 30,226.11 | 47,187.81 | 33,463.25 | 101,389.14 | 67,379.57 | 47,818.74 | 33,848.73 | 453,731.43 |
| ELLANEOUS EXPENSE-OTHERS | - | - | - | - | - | 2,250.03 | - | | - | - | 2,250.03 |
| CIAL CHARGES | - | - | - | 76.95 | - | - | - | - | - | - | 76.95 |
| CHARGES | | | | | | | | | | 4,506.30 | 4,506.30 |
| | | | | | | | | | | | - |
| **TOTALS IN LEMPIRAS** | **3,685,289.61** | **2,969,916.15** | **3,094,365.16** | **805,676.81** | **3,388,927.39** | **3,377,161.06** | **12,222,934.22** | **(1,664,343.11)** | **4,657,163.91** | **8,784,472.10** | **41,302,847.36** |
| **TOTALS IN DOLLARS** | **244,392.64** | **197,994.01** | **206,290.34** | **53,705.12** | **225,928.49** | **225,144.07** | **814,862.28** | **(110,956.21)** | **310,477.59** | **585,631.47** | **2,763,469.82** |
| **1 to F2 - 32.2% US $** | **78,694.43** | **63,754.07** | **66,425.49** | **17,293.05** | **72,748.97** | **72,496.38** | **279,986.63** | **(35,727.90)** | **99,973.79** | **188,573.23** | [illegible] |

Contract #1 = $17,667,966.96
Contract #2 = $8,373,930.77
Total = $26,041,897.73

$8,373,930/26,041,897 = 32.2%