# DRC Bidding Expenses for Project 1A

This project was bid in Honduras by DRC personnel with oversight from the Mobile Alabama Office. The project was quite complicated and as everyone now knows the plans were old and in many cases vague. DRC has prepared an estimate of the costs of preparing the bid. The bid was prepared over a period of about 3.5 months. These cost would have been recouped but for the Termination. The Federal Acquisition Regulations under section 31.205-42c allow initial starting load costs.

DRC's estimate for the Bid Preparation Expenses as detailed in the enclosed spreadsheet is $32,389.

**DRC Inc.**
**Honduras**

**Schedule of 1-A Contract Bidding Expenses**
(Termination by Mutual Agreement signed October 23, 2001)

*Source: DRC Engineering Dept, Oscar Callejas, 12/22/01*

| Description | September '00 (one week only) | October '00 | November '00 | December '00 | TOTALS |
|---|---|---|---|---|---|
| **A. Salaries** | | | | | |
| Jose Luis Martinez (salary of L. 7000/month) | L. 1,750.00 | L. 7,000.00 | L. 7,000.00 | L. 4,200.00 | L. 19,950.00 |
| Motorista (salary of L. 4000/month) | L. 100.00 | L. 500.00 | L. 500.00 | L. 320.00 | L. 1,420.00 |
| Ruth Vasquez (salary of L. 20,000/month) | L. 500.00 | L. 2,000.00 | L. 2,000.00 | L. 1,600.00 | L. 6,100.00 |
| Dahlia Izaguirre (salary of L. 5,800/month) | L. 145.00 | L. 580.00 | L. 580.00 | L. 464.00 | L. 1,769.00 |
| Josue Gomez (salary of L. 7000/month) | L. 162.50 | L. 700.00 | L. 700.00 | L. 4,200.00 | L. 5,762.50 |
| Engineering Group (25% of time, total monthly salary of L. 135,000) | L. 33,750.00 | L. 135,000.00 | L. 135,000.00 | L. 108,000.00 | L. 411,750.00 |
| Benefits (25%) | L. 664.38 | L. 2,695.00 | L. 2,695.00 | L. 2,696.00 | L. 8,750.38 |
| **B. Professional Fees** | | | | | |
| Preparation of Bid Documents by Marco de Sid Pineda | | | | L. 6,000.00 | L. 6,000.00 |
| **C. Preparation of Plans** | | | | | |
| ARTEC Plan preparation expenses | | | | L. 26,927.00 (for all F-2 ARTEC expenses) | L. 26,927.00 |
| **D. Sid Vogel - Bid Signing trip** | | | | | |
| Airfare | | | | Mobile | |
| Salary (dates:?) | | | | Mobile | |
| Hotel | | | | L. 27,059.34 | |
| Expense Report | | | | Mobile | |
| **TOTALS** | **L. 37,071.88** | **L. 148,475.00** | **L. 148,475.00** | **L. 154,407.00** | **L. 488,428.88** |
| | | | | (in dollars)* | **$32,389.18** |

*uses exchange rate of L. 15.08 / $1 as per 1-A Contract

# LIQUIDACION F-2

| N. Pag. Libro | no Recibo | # Cheque o Transa. | Descripcion | Fecha | Total |
|---|---|---|---|---|---|
| 272 | 1497 | 1418 | Materiales de Oficina (artec) | 27/1/2001 | 11,702.00 |
| 273 | 1498 | 1418 | Materiales de Oficina (artec) | 29/1/2001 | 680.00 |
| 188 | O491 | 1408 | Materiales de Oficina (artec) | 31/5/2001 | 2,035.00 |
| 238 | | 916 | Materiales de Oficina (artec) | 12/2/2001 | 2,115.00 |
| 243 | 1482 | 1129 | Materiales de Oficina (artec) | 1/3/2001 | 1,750.00 |
| 244 | 1488 | 1129 | Materiales de Oficina (artec) | 25/1/2001 | 525.00 |
| 247 | 1506 | 1354 | Materiales de Oficina (artec) | 26/3/2001 | 450.00 |
| 248 | 1528 | 1354 | Materiales de Oficina (artec) | 15/2/2001 | 225.00 |
| 249 | 1541 | 1354 | Materiales de Oficina (artec) | 7/2/2001 | 705.00 |
| 250 | 1516 | 1354 | Materiales de Oficina (artec) | 2/2/2001 | 275.00 |
| 251 | 1570 | 1354 | Materiales de Oficina (artec) | 16/2/2001 | 245.00 |
| 267 | OO7620 | 1646 | Materiales de Oficina (artec) | 5/3/2001 | 105.00 |
| 271 | 1472 | 1418 | Materiales de Oficina (artec) | 22/1/2001 | 1,905.00 |
| 279 | 1459 | 916 | Materiales de Oficina (artec) | 24/1/2001 | 4,230.00 |
| | | | TOTAL | | 26,927.00 |

Martinez

# Memorandum

**DRC, Inc.**

Construction & Disaster Services Worldwide

DRC, INC. Ave.Rep.Dominicana 1001, Lote 2, Bloque A
Lomas de Guijarro, Tegucigalpa, M. D. C.

Proyecto FHIS-PDM-USAID-5220340/5220410

ZONA I ATLANTIDA: La Ceiba; Tela. COLON: Santa Fe; La Ceibita; Tocoa; Trujillo.
ZONA II CORTES: Omoa; Bajamar; Red Alta Pto.Cortés; Canales Pto.Cortés; Santa Cruz de Yojoa; Brisas del Rosario; Villas del Río; Gracias a Dios; La Victoria; Dos Caminos. YORO: Pajuiles.
ZONA III CHOLUTECA: Limón de la Cerca (agua); Limón de la Cerca (san.); Sector Oeste. EL PARAISO: Moroceli. OLANCHO: Juticalpa.

| | |
|---|---|
| Para: TO | **Murray Farmer, Francisco Peláez** |
| C.C: | R. Isakson, M. Maciel, Kitz Velasco, Archivo. |
| De: FROM | **O. S. Callejas** |
| Asunto: SUBJECT | Tiempo Dedicado a la Licitación 1-A |
| Fecha: DATE | 22 DE DICIEMBRE DEL 2001 |
| Memo #: REF.# | F2-00-MF/OSC-011222-01 |

En respuesta a su memorandum del 17 de diciembre, revisando la correspondencia he encontrado que DRC recibió los documentos para licitación en la última semana de septiembre 2000, a partir de esa fecha el grupo de Ingeniería empezó a revisar documentos y a recopilar información para la licitación ( cotizaciones de materiales, mano de obra y equipo. La oferta se presentó y dicha licitación se declaró desierta, posteriormente se nos remitieron los documentos y se preparo la oferta nuevamente, los honorarios profesionales involucrados son los siguientes:

**Septiembre**

| | | |
|---|---|---|
| José Luis Martínez | 25 % del tiempo del mes (salario mensual de 7,000.00 lps.) | 1,750.00 |
| Motorista | 2.5 % del tiempo del mes (salario mensual de 4,000.00 lps.) | 100.00 |
| Ruth Vásquez | 2.5 % del tiempo del mes (salario mensual de 20,000.00 lps.) | 500.00 |
| Dhalia Izaguirre | 2.5 % del tiempo del mes (salario mensual de 5,800.00 lps.) | 145.00 |
| Josué Gómez | 2.5 % del tiempo del mes (salario mensual de 7,000.00 lps.) | 162.50 |
| Prestaciones Sociales ( 25%) | | 664.38 |
| Grupo de Ingeniería | 25 % del tiempo del mes (salario mensual de 135,000.00 lps.) | 33,750.00 |
| Sub. Total Mes de Septiembre | | 37,071.88 |

**Octubre**

| | | |
|---|---|---|
| José Luis Martínez | 100 % del tiempo del mes (salario mensual de 7,000.00 lps.) | 7,000.00 |
| Motorista | 10 % del tiempo del mes (salario mensual de 4,000.00 lps.) | 500.00 |
| Ruth Vásquez | 10 % del tiempo del mes (salario mensual de 20,000.00 lps.) | 2,000.00 |
| Dhalia Izaguirre | 10 % del tiempo del mes (salario mensual de 5,800.00 lps.) | 580.00 |
| Josué Gómez | 10 % del tiempo del mes (salario mensual de 7,000.00 lps.) | 700.00 |
| Prestaciones Sociales ( 25%) | | 2,695.00 |
| Grupo de Ingeniería | 100 % del tiempo del mes (salario mensual de 135,000.00 lps.) | 135,000.00 |
| Sub. Total Mes de Octubre | | 148,475.00 |

**Noviembre**

| | | |
|---|---|---|
| José Luis Martínez | 100 % del tiempo del mes (salario mensual de 7,000.00 lps.) | 7,000.00 |
| Motorista | 10 % del tiempo del mes (salario mensual de 4,000.00 lps.) | 500.00 |
| Ruth Vásquez | 10 % del tiempo del mes (salario mensual de 20,000.00 lps.) | 2,000.00 |
| Dhalia Izaguirre | 10 % del tiempo del mes (salario mensual de 5,800.00 lps.) | 580.00 |
| Josué Gómez | 10 % del tiempo del mes (salario mensual de 7,000.00 lps.) | 700.00 |
| Prestaciones Sociales ( 25%) | | 2,695.00 |
| Grupo de Ingeniería | 100 % del tiempo del mes (salario mensual de 135,000.00 lps.) | 135,000.00 |
| Sub. Total Mes de Noviembre | | **148,475.00** |

**Diciembre**

| | | |
|---|---|---|
| José Luis Martínez | 80 % del tiempo del mes (salario mensual de 7,000.00 lps.) | 4,200.00 |
| Motorista | 8 % del tiempo del mes (salario mensual de 4,000.00 lps.) | 320.00 |
| Ruth Vásquez | 8 % del tiempo del mes (salario mensual de 20,000.00 lps.) | 1,600.00 |
| Dhalia Izaguirre | 8 % del tiempo del mes (salario mensual de 5,800.00 lps.) | 464.00 |
| Josué Gómez | 8 % del tiempo del mes (salario mensual de 7,000.00 lps.) | 4,200.00 |
| Prestaciones Sociales ( 25%) | | 2,696.00 |
| Grupo de Ingeniería | 80% del tiempo del mes (salario mensual de 135,000.00 lps.) | 108,000.00 |
| Sub. Total Mes de Diciembre | | **121,480.00** |

Preparación de oferta Marco del Cid Pineda (Global 6,000.00 Lps) **6,000.00**

Total honorarios en preparación de oferta **461,501.88**

Se debe agregar las copias de planos en ARTEC en el período Septiembre, Octubre, Noviembre, Diciembre.