# Subcontract cost for the four sites Subcontracted

DRC subcontracted the labor and equipment installation to three different subcontractors for four of the sites as previously discussed in the overview. These subcontractors, like DRC, did not realize that this job would be Terminated for Convenience when it was awarded. Neither were they aware of a complex set of rules that generally govern a Termination for convenience. As a result DRC has experienced significant difficulty in getting a proposal that we felt comfortable submitting to the USAID. To this end DRC hired a bilingual consulting firm, that specializes in Federal Construction Contract proposals to go to Honduras and negotiate directly with the subcontractors involved.

We feel that the costs submitted herewith and certified by the subcontractors are fair and reasonable settlements. DRC does not mean to lead the USAID to believe that we have audited the books of these subcontractors. We have had intense discussions with the principals and with individuals who worked for DRC in supervisory capacities at the sites. Their statements (copies included) support the subcontractor's positions. We have reviewed the Black and Veatch report that was commissioned by FHIS and/or USAID at the time of termination. The contractor's position on the amount of work completed does not differ materially from that of Black and Veatch. The difference lays in the fact that Black and Veatch is reporting on the completed work items that would have been compensable under the line items of the contract had the contract work continued to completion. The Federal Acquisition Regulations at Paragraph 49.201 (a) – (c) state as follows:

"(a) A settlement should compensate the contractor fairly for the work done and the preparations made for the terminated portions of the contract, including a reasonable allowance for profit. Fair compensation is a matter of judgment and cannot be measured exactly. In a given case, various methods may be equally appropriate for arriving at fair compensation. The use of business judgment, as distinguished from strict accounting principles, is the heart of a settlement.

(b) The primary objective is to negotiate a settlement by agreement. The parties may agree upon a total amount to be paid the contractor without

agreeing on or segregating the particular elements of costs or profit comprising this amount.
(c) Cost and accounting data may provide guides, but are not rigid measures"

We realize that interest is not a compensable item under most Federal contracts and we have not included it in this proposal to our knowledge. However, we feel that in the case of the subcontractors it should be given some consideration in determining a final settlement. The interest rate in Honduras is approximately 30% per year for business people. Other than one of these subcontractors, to whom DRC recently paid a $30,000 advance on his final settlement, none of them have received any money on these contracts for which expenditures started twelve months ago. For DRC to spend the post termination expenses to go to each subcontractor's office and do a complete audit of the books would likely be a waste of money with little or no return in the greater scheme of a reasonable settlement.

Further as it relates to the subcontractors, we believe that time is of the essence. We know that they are extremely anxious for their money and are considering litigation. As I am sure you are aware the costs associated with such litigation would also be compensable under the contract if in fact they were successful. DRC is concerned that if we had to go to court (even with USAID defending the case with DRC's assistance) in Honduras against a Honduran contractor that we would learn the real meaning of "Home Cooking" as used around the Courthouse!

Accordingly, we recommend payment of the subcontractor's request as they have certified.

The amounts requested are as follows:

| | |
|---|---|
| 1. GAP Associates | $32,111 |
| 2. Cordica | $188,952 |
| 3. Serpic | $136,704 |
| Total for subs | $357,767 |

The detail for each of these subcontractor proposals is included in a separate binder for your review.

# PROGRAMA DE RECONSTRUCCION POR EL HURACAN
# OBRAS DEL GRUPO 1A
# PROPUESTA FINAL DE LIQUIDACION DE CONTRATO

## CERTIFICATE/CERTIFICADO

The proposed settlement and supporting scheduling and explanations for our termination claim in the amount of $ 32,111.00 have been prepared from the books of account and records of the contractor in accordance with recognized commercial accounting practices; they include only those charges allocable to the terminated portion of this contract; they have been prepared with the knowledge that they will, or may be used directly or indirectly as the basis of settlement of a termination settlement proposal or claim against an agency of the United States; and the charges as stated are fair and reasonable.

*Los gastos finales presentados en esta última propuesta de $* 52,111.00 *y los documentos suportando estos gastos fueron preparados utilizando muestros libros de contabilidad y archivos de acuerdo con los procesos de contabilidad comercial normalmente conocidos. Esta propuesta solamente incluye los gastos directamente utilizados en este contrato que fue cancelado, fueron preparados bajo el entendido de que se van a usar, o se podrían usar directamente o indirectamente para resolver la liquidación de este contrato o presentar un reclamo contra una agencia de los Estados Unidos. Los gastos incluidos en esta propuesta son razonables y correctos.*

Name of Contractor GAP & Asociados S. de R.L. de C.V.
*(Nombre de Contratista)*

Name/Title Francisco García R. ; Gerente General
*(Nombre/Título)*

Date *(Fecha)* Diez de Enero del 2002.

Name of Supervisory Accounting Official Oscar Zambrano
*(Nombre del Contador Oficial de la Compania)*

Title *(Titulo)* Contador General

GAP & ASOCIADOS S. DE R. L. DE C. V.
GERENCIA GENERAL
TEGUCIGALPA, M. D. C.

# PROGRAMA DE RECONSTRUCCION POR EL HURACAN
# OBRAS DEL GRUPO 1A
# PROPUESTA FINAL DE LIQUIDACION DE CONTRATO

## CERTIFICATE/CERTIFICADO

The proposed settlement and supporting scheduling and explanations for our termination claim in the amount of $ 188,952.32 have been prepared from the books of account and records of the contractor in accordance with recognized commercial accounting practices; they include only those charges allocable to the terminated portion of this contract; they have been prepared with the knowledge that they will, or may be used directly or indirectly as the basis of settlement of a termination settlement proposal or claim against an agency of the United States; and the charges as stated are fair and reasonable.

*Los gastos finales presentados en esta última propuesta de $* 188,952.32 *y los documentos suportando estos gastos fueron preparados utilizando nuestros libros de contabilidad y archivos de acuerdo con los procesos de contabilidad comercial normalmente conocidos. Esta propuesta solamente incluye los gastos directamente utilizados en este contrato que fue cancelado, fueron preparados bajo el entendido de que se van a usar, o se podrian usar directamente o indirectamente para resolver la liquidación de este contrato o presentar un reclamo contra una agencia de los Estados Unidos. Los gastos incluidos en esta propuesta son razonables y correctos.*

Name of Contractor *(Nombre de Contratista)* Cordica S. de R.L. de C.V.

Name/Title *(Nombre/Título)* Alfredo Osorio Gerente General

Date *(Fecha)* 10 de enero del 2002

Name of Supervisory Accounting Official *(Nombre del Contador Oficial de la Compania)* Jose David Irias

Title *(Título)* Perito Contador General

[signature] Alfredo Osorio [signature] Jose David Irias

# PROGRAMA DE RECONSTRUCCION POR EL HURACAN
# OBRAS DEL GRUPO 1A
# PROPUESTA FINAL DE LIQUIDACION DE CONTRATO

## CERTIFICATE/CERTIFICADO

The proposed settlement and supporting scheduling and explanations for our termination claim in the amount of $ 136,704.19 have been prepared from the books of account and records of the contractor in accordance with recognized commercial accounting practices; they include only those charges allocable to the terminated portion of this contract; they have been prepared with the knowledge that they will, or may be used directly or indirectly as the basis of settlement of a termination settlement proposal or claim against an agency of the United States; and the charges as stated are fair and reasonable.

*Los gastos finales presentados en esta última propuesta de $* 136,704.19 *y los documentos suportando estos gastos fueron preparados utilizando nuestros libros de contabilidad y archivos de acuerdo con los procesos de contabilidad comercial normalmente conocidos. Esta propuesta solamente incluye los gastos directamente utilizados en este contrato que fue cancelado, fueron preparados bajo el entendido de que se van a usar, o se podrían usar directamente o indirectamente para resolver la liquidación de este contrato o presentar un reclamo contra una agencia de los Estados Unidos. Los gastos incluidos en esta propuesta son razonables y correctos.*

Name of Contractor *(Nombre de Contratista)* SERPIC, S. de R.L. de C.V.

SERPIC, S. de R.L. de C.V.
CICH # 054-1-N-CT
Tegucigalpa, M.D.C.

Name/Title *(Nombre/Titulo)*

Date *(Fecha)* 10 de enero del año 2002

Name of Supervisory Accounting Official ARGENTINA ZELAYA MARTINEZ
*(Nombre del Contador Oficial de la Compania)*

Title *(Titulo)* PERITO MERCANTIL Y CONTADOR PUBLICO