**For Detail Supporting Subcontractor**

**Costs**

**See Tab 5A, 5B, 5C, and 5D in**

**Volume II**