# BLACK & VEATCH/GATESA REPORT OF 3/8/01

## ISSUES OF CONCERN

## GENERAL COMMENTS

On the 8th of March 2001, Black & Veatch/Gatesa (Black & Veatch) performed site visits and prepared a report for FHIS. This report cannot be utilized to settle a Contract Termination for Convenience as it does not reflect the partially completed work, the actual costs incurred, the costs of bid preparation, the costs of mobilization, and does not reflect the continuing standby costs after the period of suspension. Eight months of suspension and associated occurred after this report was completed.

The report performed by Black & Veatch is based solely on the Base Bid Unit Prices for work completed and is not relevant to the cost associated with a Termination for Convenience proposal.

## LA CEIBA

1) The dollar figures represented by Black & Veatch for this site are based on the contract unit prices and therefore do not reflect actual costs incurred and cannot be used as the basis of a termination settlement.
2) The report only indicates that work was performed through the date of suspension of 2 March 2001 and does not consider any ongoing standby costs beyond the suspension.

## SONAGUERA-COLON

1) The dollar figures represented by Black & Veatch for this site are based on the contract unit prices and therefore do not reflect actual costs incurred and cannot be used as the basis of a termination settlement.

2) Item iii of the Observations Section states that only fully completed lengths of excavations were considered in the report's unit price calculations and lengths of ditches/excavations that were not fully completed between points were not considered. Therefore, the report fails to consider the actual costs incurred of work that was performed up until suspension.

3) The report only indicates that work was performed through the date of suspension of 2 March 2001 and does not consider any ongoing standby costs beyond the suspension.

## GUANAJA

1) In the Observations Section, Black & Veatch states that the costs incurred by the contractor on this site are diluted within the unit prices throughout the contract and therefore the costs cannot be quantified. This emphasizes the fact that the report prepared by Black & Veatch upon suspension is only a "snapshot" of the project based on unit prices which do not capture actual costs and therefore cannot be used as the basis of a termination settlement.

2) The report only indicates that work was performed through the date of suspension of 2 March 2001 and does not consider any mobilization costs or ongoing standby costs beyond the suspension.

## CHOLUTECA

1) The dollar figures represented by Black & Veatch for this site are based on the contract unit prices and therefore do not reflect actual costs incurred and cannot be used as the basis of a termination settlement.

2) The report only indicates that work was performed through the date of suspension of 2 March 2001 and does not consider any mobilization costs or ongoing standby costs beyond the suspension.

# AMARATECA

1) The Observations Section of the report indicates that work was performed through the date of suspension of 2 March 2001 and does not consider any mobilization costs or ongoing standby costs beyond the suspension.
2) Item ii of the Observations Section completely disregards the manholes that were installed as "the manhole item is a global line item in the offer and is currently not finished 100%". Therefore, the report fails to consider the actual costs incurred of work that was performed up until suspension.

# Copy of Black and Veatch Report

# In

# Volume II