# DRC Home Office Overhead for Mobile Office

We are calculating our Home Office overhead for the Mobile office by applying our overhead rate as a percentage of costs to the contract.

DRC has not completely closed out the year for 2001 and only has an interim un-audited statement thru 10/31/01. Our overhead rate for that period according to our un-audited statement is 7.1%. Our overhead rate for the previous year when the contract was bid (2000) is 12.7%.

In the interest of proceeding with this matter we propose the use of 7.1% as a home office over rate for the Mobile office.

The referenced statement portions are attached herewith.

**DRC, INC.**
**STATEMENT OF INCOME**

| For the Year Ended December 31, | 2000 |
|---|---|
| SALES | $ 29,473,397 |
| COST OF SALES | 26,077,809 |
| GROSS PROFIT | 3,395,588 |
| OPERATING EXPENSES | |
| General and administrative expenses | 3,495,824 |
| INCOME FROM OPERATIONS | (100,236) |
| OTHER INCOME | |
| Interest and miscellaneous income | 194,014 |
| OTHER EXPENSE | |
| Interest expense | 261,248 |
| INCOME BEFORE INCOME TAXES | (167,470) |
| PROVISION FOR INCOME TAXES | 195,665 |
| NET LOSS | $ (363,135) |

See accountant's report and notes to financial statements.

**DRC, INC.**
**SCHEDULE OF GENERAL AND ADMINISTRATIVE EXPENSES**

| For the Year Ended December 31, | 2000 |
|---|---|
| Salaries, wages, and commissions | $ 1,470,878 |
| Travel and subsistence | 592,777 |
| Provision for uncollectible claims | 244,000 |
| Insurance | 238,782 |
| Advertising | ~~187,579~~ |
| Consulting fees | 164,744 |
| Telephone expense | 115,328 |
| Payroll taxes | 90,628 |
| Office supplies and expense | 63,294 |
| Legal fees | 59,269 |
| Depreciation | 40,845 |
| Auto mileage and expense | 39,059 |
| Rent | 38,476 |
| Accounting fees | 25,769 |
| Miscellaneous supplies | 23,628 |
| Office repairs and maintenance | 23,355 |
| Dues, subscriptions, and publications | 21,830 |
| Taxes and licenses | 15,523 |
| Freight and postage | 15,354 |
| Retirement plan | 11,395 |
| Bank charges | 5,892 |
| Temporary office services | 4,086 |
| Amortization | 3,333 |
| TOTAL | $ 3,495,824 |

− 187,579

3,308,245

3,308,245 / 26,077,809 = 12.7%

See accountant's report.

DRC, INC.
STATEMENT OF INCOME AND RETAINED EARNINGS
FOR THE TEN MONTHS ENDED
OCTOBER 31, 2001
(UNAUDITED)

| | |
|---|---|
| Revenues: | |
| Sales | $50,989,096 |
| Less cost of sales | 47,321,373 |
| Gross profit | 3,667,723 |
| Interest and miscellaneous income | 28,042 |
| Net revenues | 3,695,765 |
| Operating expenses | 4,352,538 |
| Net income (loss) before income taxes | (656,773) |
| Provision for income taxes (credit) | 0 |
| Net income (loss) | (656,773) |
| Retained earnings: | |
| Beginning of the year | 6,209,729 |
| Less distributions to stockholders | (787,000) |
| End of the year | $4,765,956 |

DRC, INC.
SCHEDULE OF OPERATING EXPENSES
FOR THE TEN MONTHS ENDED
OCTOBER 31, 2001
(UNAUDITED)

| | |
|---|---|
| Operating expenses: | |
| Accounting fees | $49,676 |
| Advertising | ~~162,352~~ |
| Amortization | 2,778 |
| Auto mileage and expense | 43,895 |
| Bank charges | 7,975 |
| Consulting fees | 278,181 |
| Currency translation losses | (2,128) |
| Depreciation | 36,247 |
| Dues, subscriptions and publications | 18,622 |
| Freight and postage | 13,790 |
| Insurance | 304,653 |
| Interest | ~~877,540~~ |
| Legal fees | 118,764 |
| Miscellaneous supplies | 6,756 |
| Office supplies and expenses | 47,830 |
| Payroll taxes | 104,279 |
| Rent | 70,523 |
| Office repairs and maintenance | 25,506 |
| Salaries and wages | 1,479,378 |
| Taxes and licenses | 25,239 |
| Temporary office services | 246 |
| Retirement plan | 8,048 |
| Utilities | 980 |
| Telephone expense | 98,365 |
| Travel and subsistence | 573,043 |
| | $4,352,538 |
| | − 877,540 |
| | $ 3,474,998 |
| | − 162,352 |
| | 3,312,646 |

$$\frac{3,372,646}{47,321,373} = 7.1\%$$