# Post Termination Expenses

DRC considers this proposal as an interim proposal and as such has intentionally left out the Post Termination expenses but specifically reserves the right to submit them at a later date.

Further, we do not know the extent of these expenses since we do not know to what extent the Contracting Officer will require audits and/or additional assistance in resolving various outstanding issues. To the extent that this entire matter is settled by an early "Determination" by the Contracting Officer these cost may be mitigated. As there is no profit allowed on these items and they are directly passed on thru to USAID it is not to DRC's advantage to incur any more of this cost than is absolutely necessary. However, we do stand ready to provide whatever assistance the Contracting Officer might deem necessary to understand and act on this matter expeditiously.