# Profit

This project did not go far enough for us to do an estimate at completion and thus determine what our incurred profit would have been. The difficulty and complexity of putting this project together and the environment in which this project was to be accomplished warrants an extraordinary profit. The most intense part of the management time to oversee the acquisition and then the mobilization of this project in a remote county and then remote sites within that country requiring expeditious engineering, planning, scheduling, and acquisition of materials warrants an extraordinary profit.

Further this contract had allowed a mobilization fee of $473,996 which was never paid. As a result of this DRC has utilized it's own money and credit to complete the work that was done and to carry the project from the bidding stage thru today with it's own capital. This also warrants a higher profit.

DRC accordingly proposes the use of 15% applied to cost incurred prior to Termination.