# Recap

| | | |
|---|---|---|
| 1. | DRC Direct Material and Labor | $211,168 |
| 2. | DRC- Honduras Overhead | $904,218 |
| 3. | DRC Bidding Expense | $ 32,389 |
| 4. | Subcontract Cordica | $189,952 |
| 5. | Subcontract Serpic | $136,704 |
| 6. | Subcontract GAP Associates | $ 32,111 |
| 7. | Subtotal | $1,506,542 |
| 8. | DRC Home Office Overhead 7.1% | $106,964 |
| 9. | Subtotal | $1613,506 |
| 10. | Profit 15% | $242,025 |
| 11. | Total | **$1,855,553** |