OMB No. 0412-0017
Expiration Date 08/31/98

# CONTRACTOR'S CERTIFICATE AND AGREEMENT WITH THE U. S. AGENCY FOR INTERNATIONAL DEVELOPMENT
## CONTRACTOR'S INVOICE-AND-CONTRACT ABSTRACT

### I. INVOICE AND CONTRACT INFORMATION

| | | |
|---|---|---|
| 1. Contractor's Name and Address<br>DRC, Inc.<br>740 Museum Dr.<br>Mobile, Alabama 36608 | 2a. AID Number<br><br>2b. Contract No. FHIS #017-2000 | 3. Contract is for:<br>a. ☐ Professional or Technical Services<br>b. ☒ Construction Services |

| 4. Contract Date | 5. Total Contract Amt. | 6. Total Value Previously Received or Claimed | 7. Invoice Date | 8. Invoice Amount |
|---|---|---|---|---|
| 12/29/00 | 8,373,930 | Ø | 1/21/02 | 1,855,553 |

### II. CONTRACTOR INFORMATION

| 9. Contractor's Type of Business | | | 10. Estimated Value of Subcontracts (If answer in 9. is "No") | |
|---|---|---|---|---|
| a. U.S. Small Business | ☐ Yes | ☒ No | a. From U.S. Small Businesses | Ø % |
| b. U.S. Socially and Economically Disadvantaged Enterprise | ☐ Yes | ☒ No | b. From U.S. Socially and Economically Disadvantaged Enterprises | Ø % |
| c. U.S. Woman-Owned Business | ☐ Yes | ☒ No | c. From U.S. Woman-Owned Businesses | Ø % |

### III. INFORMATION AS TO COMMISSIONS, CREDITS AND ALLOWANCES

| 11. Names of Recipient(s) | 12. Address(es) | 13. Amount(s) Paid or to be Paid |
|---|---|---|
| NONE | | |
| | | |
| | | |

14. Additional Information or Explanation of Entries

2a, 2b + 8 - See attached package for additional information

### IV. CONTRACTOR'S CERTIFICATE AND AGREEMENT WITH THE U.S. AGENCY FOR INTERNATIONAL DEVELOPMENT

The contractor hereby acknowledges that the sum claimed on the accompanying invoice as claimed to be due and owing under the terms of the purchase contract identified above (hereafter referred to as "said contract") is to be paid, in whole or in part, out of funds made available by the United States Agency for International Development under the Foreign Assistance Act of 1961, as amended. In consideration of the receipt of such sum, the contractor agrees with and certifies to USAID as follows:

1. The undersigned is the contractor indicated in the above Invoice-and-Contract Abstract, is entitled under said contract to the payment of the sum claimed, and is executing this Certificate and Agreement to obtain such payment from USAID funds.

2. The contractor will, upon the request of USAID promptly make appropriate refund to USAID plus interest *[at the rate established in accordance with the Internal Revenue Code, 26 U.S.C. 6621 (b)]* from the time of payment to the contractor, in the event of

(a) its nonperformance, in whole or in part, under said contract, or

(b) any breach by it of any of its undertakings in this Certificate and Agreement, or

(c) any false certification or representation made by it in this Certificate and AgreeCertificate and Agreement or in the above Invoice and Contract Abstract.

3. To the best of its information and belief, any commodity or service supplied under said contract meets the source, origin, componentry, and nationality requirements specified in the contract and/or letter of commitment.

4. The amount shown in Block 8 above is net of all trade discounts, whether in the form of payments, credits, or allowances by the contractor or its agent to or for the account of the purchaser. The contractor will promptly pay to USAID (Office of Financial Management, USAID, Washington, D.C. 20523-0209) any adjustment refunds, credits or allowances which hereafter become payable to or for the account of the purchaser arising out of the terms of said contract or the customs of the trade plus interest *[at the rate established in accordance with the Internal Revenue Code, 26 U.S.C. 6621 (b)]* from the time of payment to the contractor.

*(Continued On Reverse Side)*

NOTES: (a) Any amendments of, or additions to, the printed provisions of this Contract's Certificate and Agreement are improper and will not be considered a part hereof. (b) False statements herein are punishable by United States law. (c) The word "copy" must be written after signature on all signed copies other than the original.

Neither the contractor nor its agent has compensated any person to said contract except to the extent, if any, indicated in Section III of ...ice-and-Contract Abstract.

. Neither the contractor nor its agent has made or will make any ...ayment to or for the benefit of the purchaser, the purchaser's agent, or ...he Borrower/Grantee in the nature of a kickback.

'. Any commission paid or to be paid by the contractor to its agent in connection with the transaction for which payment is being requested under said contract is shown in Section III of the Invoice-and-Contract Abstract and does not exceed the lesser of 1) the amount customarily paid by the contractor in connection with similar transactions or 2) the amount customary in the trade.

8. Neither contractor nor its agent has given or received and will not give or receive any payment or benefit whatever in connection with any transaction or series of transactions which are covered by said contract other than those payments or benefits permitted under this agreement.

9. The contractor has not been placed on the "List of Parties Excluded from Federal Procurement or Nonprocurement Programs" published by the General Services Administration, or the Treasury Department's "Consolidated List of Designated Nationals" and thereby rendered ineligible to receive USAID funds. To the best of its knowledge, the contractor has not subcontracted, and in any event will not subcontract the services covered by this certificate to any subcontractor included on the "List of Parties Excluded from Federal Procurement or Nonprocurement programs" or included on the "Consolidated List of Designated Nationals" or from any affiliate of such a person.

10. The contractor will for a period of not less than three (3) years after the date of final payment maintain all business records and other documents which bear on its compliance with any of the undertakings and ...fications herein and will, at any time requested by USAID promptly ...n to USAID such additional information as USAID may request ...ng to such compliance.

11. The contractor has filled in all applicable portions of the Invoice-and-Contract Abstract and certifies to the correctness of the information shown therein.

**PERSONAL CERTIFICATE BY NATURAL PERSON SIGNING THIS CERTIFICATE AND AGREEMENT**

The natural person who signs this Certificate and Agreement hereby certifies that he/she is either the contractor or that he/she has actual authority to sign on behalf of the contractor and to bind the contractor with regard to all certifications and agreements contained in this Certificate and Agreement. He/She further certifies, if he/she is not personally the contractor, that he/she is either an employee of the contractor or he/she has a written power of attorney to sign for and bind the contractor. He/She acknowledges signing and submitting this Certificate and Agreement to receive payment from USAID funds and that USAID in making such payment will rely on the truth and accuracy of this Personal Certificate as well as of all other representations in the Certificate and Agreement.

The Contractor's Certificate and Agreement and the Personal Certification herein shall be governed by and interpreted according to the laws of the United States of America.

1/21/02 Robert J. Isakson
(Date) (Name of Contractor)

[signature] Managing Partner
(Signature and Title)

Mobile, Alabama, USA
(Place Executed (City, County, State, Country))