# Table of Contents


| | |
|---|---|
| Tab 1. | Project Overview with Contract Documents |
| Tab 2. | DRC Direct Labor and Material Cost |
| Tab 3. | DRC – Honduras Overhead Costs |
| Tab 4. | DRC Bidding Expenses |
| Tab 5. | Subcontract Costs |
| Tab 5A. | Site 31, La Ceiba – Cordica |
| Tab 5B. | Site 33, Sanguera – Serpic |
| Tab 5C. | Site 34, Guanaja – GAP Associates |
| Tab 5D. | Site 35, Choluteca – Serpic |
| Tab 6. | DRC Comments on and Copy of Black and Veatch Report |
| Tab 7 | DRC Home Office Overhead for Mobile Office |
| Tab 8 | Post Termination Expenses |
| Tab 9 | Profit |
| Tab 10 | Recap |
| Tab 11 | Invoice on AID Form 1440-3 |