ORIGINAL

ECF

FILED
JUL 7 2004
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DRC, INC., Plaintiff | ) |
| v. | ) Case No. 04-1124C |
| UNITED STATES, Defendant. | ) |

**NOTICE OF DIRECTLY-RELATED CASE**

COMES NOW, Plaintiff, DRC, Inc. ("DRC") and files this its "Notice of Directly-Related Case". This case is related to Case No. 04-940C (Judge George W. Miller) which has the same caption as the above except for the identifying case number. The Complaint filed in this case involves the same parties and is based on similar claims arising out of work in Honduras performed in the aftermath of Hurricane Mitch. This Notice is filed pursuant to RCFC 40.2(a). The Plaintiff hereby states that consolidation of these cases with a single judge will likely conserve scarce judicial resources and promote an efficient determination of the actions.

DATED this 6th day of July, 2004.

SMITH, CURRIE & HANCOCK LLP

By: [signature]
Karl Frederick Dix
(404) 582-8038
(404/688-0671 – telecopier)

SMITH, CURRIE & HANCOCK LLP
2600 Harris Tower
233 Peachtree St. N.E.
Atlanta, GA 3030-1530
(404)521-3800
(404)688-0671 fax

ATTORNEYS FOR DRC, INC.