ORIGINAL

ECF

IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

FILED
JUL 7 2004
U.S. COURT OF
FEDERAL CLAIMS

| | | |
|---|---|---|
| DRC, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Case No. 04-1124C |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DRC'S RULE 7.1 DISCLOSURE STATEMENT**

COMES NOW, Plaintiff, DRC, Inc. and hereby provides this Disclosure Statement as required by F.R.C.P. 7.1. DRC, Inc. is not owned by any parent corporation. No publicly held corporation owns ten percent or more of its stock. Therefore, there is no such corporation that owns ten percent or more of DRC, Inc.'s stock.

DATED this 6th day of July, 2004.

SMITH, CURRIE & HANCOCK LLP

By: ______________________
Karl Frederick Dix
(404) 582-8038
(404/688-0671 – telecopier)

SMITH, CURRIE & HANCOCK LLP
2600 Harris Tower
233 Peachtree St. N.E.
Atlanta, GA 3030-1530

ATTORNEY FOR PLAINTIFF DRC, INC.