IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DRC, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 04-1124C |
| | ) | (Judge G. Miller) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Ronald G. Morgan as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

RONALD G. MORGAN
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street

Dated: July 15, 2004

/s Ronald G. Morgan

RONALD G. MORGAN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 307-6289
Facsimile: (202) 514-7969

NOTICE OF FILING

I hereby certify that on this 15th day of July 2004, a copy of the foregoing "NOTICE OF APPEARANCE" was electronically filed. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/sRONALD G. MORGAN

Karl F. Dix
Smith, Currie & Hancock LLP
2600 Harris Tower
233 Peachtree Street, N.E.
Atlanta, GA 30303-1530