IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DRC, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 04-1124C (Judge G. Miller) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT MOTION TO SUSPEND PROCEEDINGS

The parties respectfully request that further proceedings in this matter be stayed until October 7, 2004, to permit negotiations between the parties directed at a global settlement of this and all related matters.

Currently before this Court are plaintiff's complaint in this and a related case, docket number 04-940C, which are based upon similar efforts by plaintiff in Honduras, following the destruction caused by Hurricane Mitch. The United States has not yet responded to the complaint in either case. The Government's response to the complaint in this case is currently due September 7, 2004. No enlargements have been requested as to that date.

The parties and their counsel have agreed to discuss settlement of all related matters, as well as other matters currently pending in an arbitration forum in Honduras. If settlement is to be achieved, it will address all of the related cases and will resolve all of the issues between the parties.

Because the granting of this motion could substantially

conserve the resources of both this Court and the parties, we respectfully request that the Court grant our joint motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s Mark A. Melnick
MARK A. MELNICK
Assistant Director

/s Karl Frederick Dix
KARL FREDERICK DIX
Smith, Currie & Hancock LLP
2600 Harris Tower
233 Peachtree Street, N.E.
Atlanta, GA 30303-1530

Attorney for Plaintiff

/s Ronald G. Morgan
RONALD G. MORGAN
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6289

Attorneys for Defendant

August 27, 2004