# In the United States Court of Federal Claims

DRC, INC.,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No. 04-1124C

Filed August 30, 2004

## ORDER

On August 27, 2004, the parties filed a joint motion to suspend proceedings. The parties requested that further proceedings in this matter be stayed until October 7, 2004, to permit negotiations directed at a global settlement of this and all related matters – among which is a related case, docket number 04-940C. The parties report that they have agreed to discuss settlement of all related matters, as well as other matters currently pending in an arbitration forum in Honduras. According to the parties, if settlement is to be achieved, it will address all of the related cases and will resolve all of the issues between the parties.

In consideration of the foregoing report of the parties, the joint motion to suspend proceedings is GRANTED. The Court ORDERS that proceedings in this case shall be suspended until October 7, 2004, at which time defendant shall file its response to plaintiff's complaint.

IT IS SO ORDERED.

/s/ George W. Miller
GEORGE W. MILLER
Judge