# In the United States Court of Federal Claims

| | |
|---|---|
| DRC, INC., Plaintiff, v. THE UNITED STATES OF AMERICA, Defendant. | No. 04-1124C<br>Filed September 29, 2004 |

ORDER

On September 27, 2004, the parties filed a Joint Motion to Suspend Proceedings, requesting that this matter be stayed until December 6, 2004 to permit negotiations between the parties directed at a global settlement of this and all related matters.

In consideration of the fact that both parties are requesting a stay, and the parties are negotiating settlement of related claims in this court as well as the United States District Court for the District of Columbia and an arbitration forum in Honduras, the parties' joint motion is GRANTED. Proceedings in this case shall be stayed until Monday, December 6, 2004.

The Court ORDERS that by December 6, the parties shall file a joint status report apprising the Court of the status of their settlement negotiations and proposing a schedule of further proceedings in this case.

IT IS SO ORDERED.

/s/George W. Miller
GEORGE W. MILLER
Judge