IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DRC, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | No. 04-1124C |
| | ) | (Judge G. Miller) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT OF THE PARTIES**

DRC, Inc. ("DRC") and the Government herby file their joint status report to apprise the Court of the status of their settlement negotiations.

As the Court is aware from prior filings, DRC is involved in four separate proceedings arising out of two contracts, known as Group 1 and Group 1A, between DRC and Fondo Hondureño de Inversión Social ("FHIS"), an agency of the Honduras Government. Both contracts were funded by United States Agency for International Development ("USAID"). These four proceedings include (1) the present action under the Group 1A contract; (2) another action by DRC in this Court, at No. 04-940C, under the Group 1 contract; (3) an action by the Government against DRC in the United States District Court for the District of Columbia ("FCA Action") under the False Claims Act ("FCA"), 31 U.S.C. §§ 3729 *et seq.*; and (4) an arbitration between DRC and FHIS.

The parties have met twice in person and held several telephone conferences to explore a global settlement of the four matters in question. The parties are continuing to confer because their conversations have not yet resulted in settlement or in an impasse that would indicate that settlement will not be possible.

The Government has moved to suspend this action until resolution of the FCA action. DRC is filing an unopposed request for an extension of time in which to respond to that motion, until January 5, 2005. In the interim, the parties intend to explore whether they can stipulate to certain matters at issue in this action and in the other Court of Federal Claims action, which would enable these actions to be stayed, by agreement, pending resolution of the FCA action, by settlement or otherwise.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s Karl F. Dix
KARL FREDERICK DIX
(404) 582-8038
(404) 688-0671 – telecopier

/s George D. Wenick
GEORGE D. WENICK
(404) 582-8037
(404) 688-0671 – telecopier
Smith, Currie & Hancock LLP
2600 Harris Tower
233 Peachtree Street, N.E.
N.W. Atlanta, GA 30303-1530

Attorneys for Plaintiff

/s Mark A. Melnick
MARK A. MELNICK
Assistant Director

/s Ronald G. Morgan
RONALD G. MORGAN
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
Attn: Classification Unit
1100 L Street,
Washington, D.C. 20530
Tele: (202) 307-6289

Attorneys for Defendant

December 1, 2004

CERTIFICATE OF FILING

I hereby certify that on this 1st day of December 2004, a copy of the foregoing "JOINT STATUS" was electronically filed. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s RONALD G. MORGAN