IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DRC, INC., | ) | |
| Plaintiff | ) | |
| | ) | No. 04-1124C |
| | ) | (Judge G. Miller) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

**DRC, INC.'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND**

DRC, Inc. ("DRC") herby files its unopposed motion to extend the time to respond to the Government's motion to suspend these proceedings.

The parties have engaged in settlement discussions in the attempt to resolve globally four separate proceedings arising out of two contracts, known as Group 1 and Group 1A, between DRC and Fondo Hondureño de Inversión Social ("FHIS"), an agency of the Honduras Government. Both contracts were funded by United States Agency for International Development ("USAID"). These four proceedings include (1) the present action under the Group 1A contract; (2) another action by DRC in this Court, at No. 04-940, under the Group 1 contract; (3) an action by the Government against DRC in the United States District Court for the District of Columbia ("FCA Action") under the False Claims Act ("FCA"), 31 U.S.C. §§ 3729 *et seq.*; and (4) an arbitration between DRC and FHIS.

The Government has moved to suspend this action until resolution of the FCA action. DRC seeks an extension of time in which to respond to that motion, until January 5, 2004. In the interim, the parties intend to explore whether they can stipulate to certain matters at issue in this action and in the other Court of Federal Claims action, which would enable these actions to be stayed, by agreement, pending resolution of the FCA action, by settlement or otherwise.

The Government has authorized DRC to advise this Court that the Government does not oppose this motion.

WHEREFORE, DRC, Inc. respectfully request that THIS HONORABLE COURT extend until January 4, 2004, the time within which DRC must file its response to the Government's motion to suspend these proceeding.

Respectfully submitted,

By: /s/ Karl F. Dix
Karl Frederick Dix
(404) 582-8038
(404) 688-0671 – telecopier

By: /s/ George D. Wenick
George D. Wenick
(404) 582-8037
(404) 688-0671 telecopier

SMITH, CURRIE & HANCOCK LLP
2600 Harris Tower
233 Peachtree St. N.E.
Atlanta, GA 3030-1530
ATTORNEYS FOR PLAINTIFF DRC, INC.