# APPENDIX

**INDEX TO APPENDIX**

| | Page |
|---|---|
| Assignment of Rights and Obligations | 1 |
| Mutual Agreement to Terminate Contract | 2 |

[seal]

**OFFICE OF THE PRESIDENT OF THE REPUBLIC**

***HONDURAN SOCIAL INVESTMENT FUND***

Comayagüeta. M.D.C.
October 22, 2001

OFFICIAL LETTER No. DSM-116-2001

Mr. TIMOTHY M. MAHONEY
Mission Director
Agency for International Development
Honduras (USAID/HONDURAS)

REF: USAID Program No. 522-0410 (HRP Hurricane Reconstruction Program) Group 1-A Construction. Agreement to Terminate by Mutual Agreement

Dear Director:

In response to USAID's request as expressed in Implementation Letter No. 92 dated October 19, 2001, asking that "The FHIS cede to USAID the rights and obligations for negotiating the termination of the contract directly with DRC," the Honduran Social Investment Fund (FHIS), after notifying the Secretariat of Finance and pursuant to the provisions of the Special Objective Donation Agreement, Attachment D, Annex II, Article E, Section E.4, hereby TRANSFERS AND SUBROGATES THE RIGHTS AND OBLIGATIONS ARISING FROM THE AGREEMENT FOR TERMINATION OF THE CONTRACT BY MUTUAL AGREEMENT, SIGNED AND EXECUTED BY AND BETWEEN THE FHIS AND DRC, INC., IN FAVOR OF USAID.

Once this letter is officially signed, it shall produce the corresponding legal effects, thus confirming the subrogation of rights and obligations in favor of USAID.

Sincerely,

/s/ [seal]

MOISES STARKMAN PINEL
MINISTER

Signature indicating agreement
/s/

TIMOTHY MAHONEY
MISSION DIRECTOR
USAID/HONDURAS

| | | | |
|---|---|---|---|
| cc: | William Handal Raudales, Eng. | - | Board Chairman |
| | Gabriela Núñez de Reyes | - | Minister of Finance |
| | Jorge Alberto Delgado | - | Concurrent Internal Auditor, DIM/FHIS |
| | Gunther Wiese, Eng. | - | Interim Director, DIM/FHIS |
| | Hostilio López | | Legal Director, FHIS |
| | Rachel Dickson | - | Blackmon Insurance Agency |

[five FHIS division
seals superimposed]

[seal]
OFFICE OF THE PRESIDENT OF THE REPUBLIC
*HONDURAN SOCIAL INVESTMENT FUND*

**AGREEMENT TO TERMINATE CONTRACT BY MUTUAL AGREEMENT**
**GROUP 1A CONSTRUCTION CONTRACT**

We, **MOISES STARKMAN PINEL**, acting in his capacity as Minister of the Honduran Social Investment Fund (FHIS), pursuant to Agreement No. 017-2000 dated January 27, 2000, hereinafter called **THE FHIS**, and **MURRAY PAUL FARMER**, Administrative Director, representing the DRC, Inc., company, a power granted through a Power of Attorney from Mr. ROBERT J. ISAKSON, General Director of the DRC, Inc., company, whose signature has been authenticated by Notary Saúl Montes Amaya, with Professional Identification Card No. 2977, hereinafter called **THE CONTRACTOR**, have agreed to terminate by **"MUTUAL AGREEMENT"** the Contract for **"CONSTRUCTION OF DRINKING WATER AND SEWER SYSTEMS UNDER RECONSTRUCTION PROGRAM GROUP I-A" No. 62747** Agreement to Terminate, subject to the following conditions:

**FIRST**: Both parties agree that the Contract for Construction of Drinking Water and Sewer Systems under Reconstruction Program Group I-A is hereby terminated, as a result of the events recorded below:

1) The FHIS sought bids on the Construction of Drinking Water and Sewer Systems under Reconstruction Program Group 1A, through Request for Proposals PDM-009-2000, soliciting bids from Construction Companies in the United States of America and Honduran Firms, having begun on December 27, 2000, the process of prequalifying the participating companies, through the Evaluation Commission appointed for this purpose by Resolution No. FHIS-3-086-2000, relying on special assistance from the DIM/FHIS Concurrent Audit Office, the United States Army Corps of Engineers and USAID, and having prequalified the DRC, Inc., company as well as other companies, proceeded to the second phase of the process, i.e., the Evaluation of Financial Proposals, in which DRC, Inc., was the successful bidder because it had submitted the lowest bid.

2) Having attended to all phases of the awards procedure and in response to approval from USAID, as notified through Implementation Letter No. 40 dated December 27, 2000, the Group 1-A Construction Contract was signed on December 29, 2000, between the FHIS and DRC, Inc., with prior authorization from USAID through Implementation Letter No. 43 of that same date.

[five FHIS division
seals superimposed]

[seal]
**OFFICE OF THE PRESIDENT OF THE REPUBLIC**
***HONDURAN SOCIAL INVESTMENT FUND***



3) Through Implementation Letter No. 45 dated February 23, 2001, USAID informed the FHIS of the Temporary Suspension of financing until further notice in writing, that the suspension was necessary because questions had arisen that needed to be cleared up to the satisfaction of USAID, and that the immediate effect of the suspension of funds was that until further notice in writing, USAID would not approve financing for the Group 1-A Contract.

4) Through Implementation Letter No. 51 dated May 29, 2001, USAID notified the FHIS of the need to suspend the referenced contract.

5) Through Implementation Letter No. 56 dated May 7, 2001, USAID provided notification of Definitive Suspension, in that as of that date the bidders had not answered the questions to the satisfaction of USAID, and informed us that a review of the issues was ongoing.

6) Through Execution Letter No. 63 dated June 18, 2001, USAID proposed that the FHIS agree to terminate the Group 1-A Contract by mutual agreement, with each party reserving the rights acquired under the 1-A Contract with respect to (i) the reimbursement of eligible costs under Contract 1-A, (ii) disposition of any equipment or materials, and (iii) presentation of errors and omissions in the prequalifying documents.

7) Through Implementation Letter No. 65 dated June 26, 2001, with clarification of the Spanish version through Implementation Letter No. 70 dated July 25, 2001, based on the stipulations of ATTACHMENT D, ANNEX II, ARTICLE E, SECTION E.4 of the Agreement signed between the Republic of Honduras and the United States of America, USAID indicated that it would ask the FHIS to assign the rights and obligations to negotiate the termination of the contract directly with DRC, Inc.

**SECOND:** Having thus agreed, the **FHIS** and the **CONTRACTOR** (DRC, Inc.) hereby agree to terminate the Contract for "**CONSTRUCTION OF DRINKING WATER AND SEWER SYSTEMS UNDER RECONSTRUCTION PROGRAM GROUP I-A,**" with each party reserving the rights acquired under the Contract with respect to (i) the reimbursement of eligible costs under the Contract, (ii) disposition of any equipment or materials, and (iii) presentation of errors and omissions in the prequalifying documents. The foregoing is done with the understanding that the rights acquired by DRC shall be exercised, as applicable, directly against USAID once it has been subrogated to the rights and obligations arising from this contract.

[five FHIS division
seals superimposed]

[seal]
**OFFICE OF THE PRESIDENT OF THE REPUBLIC**
***HONDURAN SOCIAL INVESTMENT FUND***



**<u>THIRD</u>:** Both parties indicate their agreement for the FHIS, at the request of USAID, as provided in ATTACHMENT D, ANNEX II, ARTICLE E, SECTION E.4 of the Agreement signed between the Republic of Honduras and the United States of America, to assign the rights and obligations arising from the indicated Contract to USAID so that it will negotiate termination of the contract directly with DRC, Inc.

It is understood that once USAID is subrogated to the rights and obligations arising from the Contract that is being terminated by mutual agreement, the FHIS shall be released from any claim arising from the signing of the contract, with DRC Inc. agreeing not to initiate any action against the FHIS on this basis, both with the authorities and courts of the Republic of Honduras and those of the United States of America.

It witness whereof, we sign this Agreement to Terminate the Contract, in two original documents, in the presence of representatives from the United States Army Corps of Engineers and USAID, in the city of Comayagüela, Central District, on the twenty-third day of October in the year two thousand one.

| FOR THE HONDURAN SOCIAL INVESTMENT FUND (FHIS) | FOR THE DRC INC. COMPANY |
|---|---|
| /s/ | /s/ |
| **MOISES STARKMAN PINEL**<br>**MINISTER** | **MURRAY PAUL FARMER**<br>**ADMINISTRATIVE DIRECTOR** |

[five FHIS division seals superimposed]

CERTIFICATION OF TRANSLATION

I hereby certify that the above translation bearing LS No 03-2004-0033 prepared by the Office of Language Services of the Department of State and that it is a correct translation to the best of my knowledge and belief.

Dated: 3/8/04

[signature]

*FHIS* *Old I.P.M. Office, Col. Godoy. Comayagüela, M.D.C., Honduras, C.A., PBX 234-5231, P.O Box 3581*

[seal]

**OFFICE OF THE PRESIDENT OF THE REPUBLIC**
*HONDURAN SOCIAL INVESTMENT FUND*

**AGREEMENT TO TERMINATE CONTRACT BY MUTUAL AGREEMENT**
**GROUP 1A CONSTRUCTION CONTRACT**

We, **MOISES STARKMAN PINEL**, acting in his capacity as Minister of the Honduran Social Investment Fund (FHIS), pursuant to Agreement No. 017-2000 dated January 27, 2000, hereinafter called **THE FHIS,** and **MURRAY PAUL FARMER**, Administrative Director, representing the DRC, Inc., company, a power granted through a Power of Attorney from Mr. ROBERT J. ISAKSON, General Director of the DRC, Inc., company, whose signature has been authenticated by Notary Saúl Montes Amaya, with Professional Identification Card No. 2977, hereinafter called **THE CONTRACTOR,** have agreed to terminate by **"MUTUAL AGREEMENT"** the Contract for **"CONSTRUCTION OF DRINKING WATER AND SEWER SYSTEMS UNDER RECONSTRUCTION PROGRAM GROUP I-A" No. 62747** Agreement to Terminate, subject to the following conditions:

**FIRST:** Both parties agree that the Contract for Construction of Drinking Water and Sewer Systems under Reconstruction Program Group I-A is hereby terminated, as a result of the events recorded below:

1) The FHIS sought bids on the Construction of Drinking Water and Sewer Systems under Reconstruction Program Group 1A, through Request for Proposals PDM-009-2000, soliciting bids from Construction Companies in the United States of America and Honduran Firms, having begun on December 27, 2000, the process of prequalifying the participating companies, through the Evaluation Commission appointed for this purpose by Resolution No. FHIS-3-086-2000, relying on special assistance from the DIM/FHIS Concurrent Audit Office, the United States Army Corps of Engineers and USAID, and having prequalified the DRC, Inc., company as well as other companies, proceeded to the second phase of the process, i.e., the Evaluation of Financial Proposals, in which DRC, Inc., was the successful bidder because it had submitted the lowest bid.

2) Having attended to all phases of the awards procedure and in response to approval from USAID, as notified through Implementation Letter No. 40 dated December 27, 2000, the Group 1-A Construction Contract was signed on December 29, 2000, between the FHIS and DRC, Inc., with prior authorization from USAID through Implementation Letter No. 43 of that same date.

[five FHIS division
seals superimposed]

[seal]
**OFFICE OF THE PRESIDENT OF THE REPUBLIC**
***HONDURAN SOCIAL INVESTMENT FUND***



3) Through Implementation Letter No. 45 dated February 23, 2001, USAID informed the FHIS of the Temporary Suspension of financing until further notice in writing, that the suspension was necessary because questions had arisen that needed to be cleared up to the satisfaction of USAID, and that the immediate effect of the suspension of funds was that until further notice in writing, USAID would not approve financing for the Group 1-A Contract.

4) Through Implementation Letter No. 51 dated May 29, 2001, USAID notified the FHIS of the need to suspend the referenced contract.

5) Through Implementation Letter No. 56 dated May 7, 2001, USAID provided notification of Definitive Suspension, in that as of that date the bidders had not answered the questions to the satisfaction of USAID, and informed us that a review of the issues was ongoing.

6) Through Execution Letter No. 63 dated June 18, 2001, USAID proposed that the FHIS agree to terminate the Group 1-A Contract by mutual agreement, with each party reserving the rights acquired under the 1-A Contract with respect to (i) the reimbursement of eligible costs under Contract 1-A, (ii) disposition of any equipment or materials, and (iii) presentation of errors and omissions in the prequalifying documents.

7) Through Implementation Letter No. 65 dated June 26, 2001, with clarification of the Spanish version through Implementation Letter No. 70 dated July 25, 2001, based on the stipulations of ATTACHMENT D, ANNEX II, ARTICLE E, SECTION E.4 of the Agreement signed between the Republic of Honduras and the United States of America, USAID indicated that it would ask the FHIS to assign the rights and obligations to negotiate the termination of the contract directly with DRC, Inc.

<u>**SECOND**</u>: Having thus agreed, the **FHIS** and the **CONTRACTOR** (DRC, Inc.) hereby agree to terminate the Contract for **"CONSTRUCTION OF DRINKING WATER AND SEWER SYSTEMS UNDER RECONSTRUCTION PROGRAM GROUP I-A,"** with each party reserving the rights acquired under the Contract with respect to (i) the reimbursement of eligible costs under the Contract, (ii) disposition of any equipment or materials, and (iii) presentation of errors and omissions in the prequalifying documents. The foregoing is done with the understanding that the rights acquired by DRC shall be exercised, as applicable, directly against USAID once it has been subrogated to the rights and obligations arising from this contract.

[five FHIS division
seals superimposed]