IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DRC, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-1124C<br>(Judge G. Miller) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

SECOND JOINT STATUS REPORT

On January 24, 2005, the Court, pursuant to a motion by the United States, ordered that proceedings in this case be stayed pending resolution of False Claims Act litigation between the parties in the United States District Court for the District of Columbia. As part of that order, this Court ordered the parties to submit joint status reports every 30 days, commencing February 28, 2005.

Pursuant to that order, the parties report that, as of this filing, there has been no change in the status of the False Claims Act case since the last status report. A decision upon DRC's motion is still pending.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s Mark A. Melnick
MARK A. MELNICK
Assistant Director

| | |
|---|---|
| /s Karl F. Dix<br>KARL F. DIX<br><br>/s George D. Wenick<br>GEORGE D. WENICK<br>Smith, Currie & Hancock LLP<br>2600 Harris Tower<br>233 Peachtree Street, N.E.<br>Atlanta, GA 30303-1530 | /s Ronald G. Morgan<br>RONALD G. MORGAN<br>Trial Attorney<br>Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>Attn: Classification Unit<br>1100 L Street, N.W.<br>Washington, D.C. 20530<br>Tele: (202) 307-6289 |
| Attorneys for Plaintiff | Attorneys for Defendant |

March 28, 2005

CERTIFICATE OF FILING

I hereby certify that on this 28th day of March 2005, a copy of the foregoing "JOINT STATUS REPORT" was electronically filed. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s RONALD G. MORGAN