# In the United States Court of Federal Claims

| | |
|---|---|
| DRC, INC., Plaintiff, | No. 04-1124C |
| v. | Filed January 6, 2006 |
| THE UNITED STATES OF AMERICA, Defendant. | |

ORDER

The necessary agreement by both judges being present, to promote docket efficiency and the efficient administration of justice, pursuant to RCFC 40.1(b), it is hereby ORDERED that this case is TRANSFERRED to Judge Margaret M. Sweeney.

IT IS SO ORDERED.

/s/George W. Miller
GEORGE W. MILLER
Judge