IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DRC, INC., Plaintiff, v. THE UNITED STATES, Defendant. | ) | No. 04-1124C (Judge Sweeney) |

JOINT MOTION TO MODIFY STATUS REPORTING REQUIREMENTS

On January 24, 2005, the Court, pursuant to a motion by the United States, ordered that proceedings in this case be stayed pending resolution of False Claims Act litigation between the parties in the United States District Court for the District of Columbia. As part of that order, this Court ordered the parties to submit joint status reports every 30 days, commencing February 28, 2005.

To date, fifteen status reports have been submitted. In each report, the parties informed the Court that there was no change in the status of the proceedings pending before the United Stated States District Court for the District of Columbia. Further, it is the belief of the parties that that situation may continue for the foreseeable future.

Based upon the belief of the parties, we request that the January 24, 2005 order be modified to require the parties to report the status of the district court proceedings each 90 days. In the event the district court takes action, which affects the

proceedings in this Court, the parties will promptly inform this Court of that action.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Karl F. Dix
KARL F. DIX

s/ George D. Wenick
GEORGE D. WENICK
Smith, Currie & Hancock LLP
2600 Harris Tower
233 Peachtree Street, N.E.
Atlanta, GA 30303-1530

Attorneys for Plaintiff

s/ Ronald G. Morgan
RONALD G. MORGAN
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6289

Attorneys for Defendant

May 5, 2006

CERTIFICATE OF FILING

I hereby certify that on this 5th day of May 2006, a copy of the foregoing "JOINT MOTION TO MODIFY STATUS REPORTING REQUIREMENTS" was electronically filed. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

s/ Ronald G. Morgan
RONALD G. MORGAN