# In the United States Court of Federal Claims

No. 04-1124 C
(Filed: July 28, 2008)

******************************
DRC, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
******************************

**ORDER**

On July 23, 2008, the parties filed their Twenty-Fourth Joint Status Report. The Clerk of the Court noted one deficiency with this filing: plaintiff's attorney of record did not sign the joint status report. See RCFC 11(a), 83.1(c)(2). **Accordingly, the Clerk of the Court is directed to strike the parties' joint status report, document #47. The parties shall refile their joint status report by no later than Friday, August 1, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge